UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | Civil Action No. JFM-02-1524 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BLUE WATER BALTIMORE, | ) | |
| | ) | |
| Applicant for Intervention. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MAYOR AND CITY COUNCIL OF | ) | |
| BALTIMORE, MARYLAND, | ) | |
| | ) | |
| Defendant. | ) | |

---

## COMPLAINT IN INTERVENTION

---

For its Complaint in Intervention, Plaintiff-Intervenor Blue Water Baltimore sets forth the following allegations:

## I.   INTRODUCTION

1.     Plaintiff-Intervenor submits this Complaint in Intervention in accordance with Federal Rule of Civil Procedure 24(a) and (b).  The other parties to this case are Plaintiffs the United States of America and the State of Maryland (collectively, "Plaintiffs"), and Defendant the Mayor and City Council of Baltimore, Maryland ("City of Baltimore").

2.     The underlying suit in this matter is a Clean Water Act enforcement action brought by Plaintiffs against the City of Baltimore, alleging a number of violations of the Clean Water Act relating to Baltimore's sewer system and publicly owned treatment works.  In 2002,

this Court approved a consent decree (the "Consent Decree") obligating the City of Baltimore to undertake a number of actions designed to address the underlying alleged Clean Water Act violations.

3.      Plaintiffs have failed to adequately enforce the Consent Decree this Court entered in 2002.  The City of Baltimore continues to violate the Clean Water Act and the 2002 Consent Decree.  The City of Baltimore continues to cause sewage system overflows and other sewage incidents which cause extensive water quality contamination and pose a threat to public health.  Many of these overflows and incidents are violations of both the Clean Water Act and the 2002 Consent Decree.  In addition, oversight and enforcement of the Consent Decree have been insufficient to ensure compliance.

4.      The United States Environmental Protection Agency ("EPA") and the City of Baltimore have announced plans to seek modification of the Consent Decree.   Press reports indicate that the parties have reached an agreement in principle to extend by three years, from 2016 to 2019, the deadline for compliance with certain Consent Decree requirements.

5.      Plaintiff-Intervenor has been in communication with EPA, the Maryland Department of the Environment ("MDE"), and the City for years regarding inadequate compliance with the Consent Decree.  Plaintiff-Intervenor seeks to intervene in this suit for purposes of addressing the prevalence of unlawful sewage incidents and the proposed amendments to the Consent Decree.  Further, Plaintiff-Intervenor seeks, if necessary, to request a judicial hearing regarding the adequacy of any proposed amendments to the Consent Decree.

## II.     JURISDICTION

6.      This Court has jurisdiction over the subject matter of this action pursuant to 33 U.S.C. § 1365 and 28 U.S.C. § 1331.  This Court also has retained jurisdiction over the

implementation, enforcement, and modification of the 2002 Consent Decree.  2002 Consent Decree ¶¶ 40, 69.

### III. VENUE

7.      The City of Baltimore's violations occur in the District of Maryland, and the 2002 Consent Decree was entered in the District of Maryland.  Therefore, venue is proper in the District of Maryland.  33 U.S.C. § 1365(c)(1); 28 U.S.C. § 1391(b).

### IV. PARTIES

#### A. Plaintiff-Intervenor

8.      Blue Water Baltimore is a nonprofit corporation formed to restore the quality of Baltimore's rivers, streams, and harbor to foster a healthy environment, a strong economy, and thriving communities.  Declaration of Halle Van der Gaag ("Van der Gaag Decl.") ¶¶ 3, 5 (attached hereto as Exhibit A).  Blue Water Baltimore was formed in 2010 as a result of a merger between five separate Baltimore organizations involved in water quality issues.  Van der Gaag Decl. ¶ 4.

9.      Blue Water Baltimore is a "person" within the meaning of the Clean Water Act, 33 U.S.C. § 1362(5), and a "citizen" within the meaning of that Act, 33 U.S.C. § 1365(g).

10.     Blue Water Baltimore has authority to intervene in this suit under 33 U.S.C. § 1365(b).  In the alternative, Blue Water Baltimore has authority to bring suit under 33 U.S.C. § 1365(a)(1), (b)(1).

#### B. Plaintiffs

11.     Plaintiffs in the underlying action are the United States of America and the State of Maryland.

12.     Plaintiffs have authority to bring this lawsuit under 33 U.S.C. §§ 1319, 1366.

C.      **Defendant**

13.     Plaintiffs' complaint, at ¶¶ 8-9, describes the City of Baltimore.

14.     The City of Baltimore is a municipality and political subdivision of the State of Maryland.  The City of Baltimore is a "municipality" within the meaning of 33 U.S.C. § 1362(4), and a "person" within the meaning of 33 U.S.C. § 1362(5).

15.     The City of Baltimore may be sued under 33 U.S.C. § 1365(a).

V.     **STANDING**

16.     Members of Blue Water Baltimore live within and around the City of Baltimore and have been affected by Defendant's sewage discharges.  Van der Gaag Decl. ¶ 9.  Sewage overflows have adversely impacted the recreational activities of a number of Blue Water Baltimore members.  *See* Declaration of Robert J. Mayes ("Mayes Decl.") (attached hereto as Exhibit B); Declaration of Gregory Skipper ("Skipper Decl.") (attached hereto as Exhibit C). Blue Water Baltimore members have refrained from engaging in activities that might involve contact with Baltimore's streams and Harbor, as a result of health concerns relating to sewage discharges as well as the unpleasant odor and sight of sewage.  Blue Water Baltimore members have also had their enjoyment of recreational activities diminished as a result of sewage discharges.  Sewage overflows have harmed the well-being of Blue Water Baltimore members who live and work near Baltimore's streams and Harbor, where sewage discharges regularly occur.

17.     The interests that Blue Water Baltimore seeks to protect in this lawsuit are germane to Blue Water Baltimore's purpose.  Blue Water Baltimore has expressed concerns with the City of Baltimore's sewage discharges since its formation in 2010.  Van der Gaag Decl. ¶¶ 6, 12.  Blue Water Baltimore's predecessor organizations were involved with these issues since at least 2008.  Van der Gaag Decl. ¶ 12.

18.     The Board of Blue Water Baltimore unanimously approved this motion to intervene.  Van der Gaag Decl. ¶ 13.

19.     Blue Water Baltimore has standing to bring this proposed complaint in intervention.  *See, e.g.*, *Friends of the Earth, Inc. v. Laidlaw Envtl. Servs. (TOC), Inc.*, 528 U.S. 167, 181-84 (2000).

## VI.     LEGAL BACKGROUND

20.     The Clean Water Act's purpose is "to restore and maintain the chemical, physical, and biological integrity of the Nation's waters."  33 U.S.C. § 1251(a).  The Act prohibits the "discharge of any pollutant" except in compliance with an appropriate permit.  33 U.S.C. § 1311(a).

21.     The term "pollutant" is defined as including "sewage, garbage, sewage sludge, . . . and . . . municipal . . . waste discharged into water."  33 U.S.C. § 1362(6).

22.     Any person in violation of the Clean Water Act may be subject to a civil penalty, assessed on a daily basis for each violation.  33 U.S.C. § 1319(d).

23.     Unpermitted sewage system overflows constitute violations of the Clean Water Act, as they are discharges of raw, untreated sewage from the sewer system without a permit. *See* 33 U.S.C.§ 1311(a).

## VII.    FACTS

### A.     The 2002 Complaint & Consent Decree

24.     Background regarding the history of Baltimore's sewage system can be found in ¶¶ 29-49 of Plaintiffs' original complaint in this action, dated April 26, 2002.  Those paragraphs of the original complaint are hereby incorporated by reference.

25.     On April 26, 2002, Plaintiffs brought suit against the City of Baltimore in this Court, alleging "hundreds of discharges of untreated wastewater containing raw sewage" from

Baltimore's sewage system, "which were not discharged through a permitted outfall and were not authorized under any NPDES permit issued to Baltimore City." Plaintiffs' Compl. ¶ 42.

26.     The same day Plaintiffs' complaint was filed, a proposed consent decree was lodged with this Court. That consent decree was approved on September 30, 2002.

27.     The Consent Decree was designed to require Baltimore to "eliminate" all "Sanitary Sewer Overflows" ("SSOs") and "all Combined Sewer Overflow discharges" ("CSOs") through the implementation of remedial measures specified in the decree. Consent Decree ¶ 8.A.

28.     The Consent Decree states that "Baltimore shall remain solely responsible for any non-compliance with the terms of this Consent Decree, all applicable permits, the Clean Water Act, and regulations promulgated under that Act." Consent Decree ¶ 50.

29.     The Consent Decree requires that "any modification of this Consent Decree by the Parties shall be in writing and filed with the Court before it will be deemed effective . . . . Nothing in this Consent Decree shall be interpreted as modifying the scope and standard of review that the Court will exercise in reviewing a petition for modification." Consent Decree ¶ 69.

30.     This Court has "retain[ed] jurisdiction of this matter for the purposes of implementing and enforcing the terms and conditions of this Consent Decree." Consent Decree ¶ 40.

**B.      Developments After Entry of the Consent Decree**

31.     Blue Water Baltimore and its predecessor organizations have been in regular communication with the City of Baltimore, MDE, and EPA regarding Blue Water Baltimore's concerns with the City's compliance with the Consent Decree since at least 2008.

32.     In November 2012, Blue Water Baltimore met with EPA to discuss the City of Baltimore's lack of compliance with the Consent Decree.  Blue Water Baltimore provided documentation of six specific, substantial sewage overflows and incidents at this meeting.  EPA informed Blue Water Baltimore that it was negotiating with the City of Baltimore regarding revisions to the Consent Decree.

33.     On February 28, 2013, Blue Water Baltimore sent a letter to EPA, MDE, and the City of Baltimore, attached hereto as Exhibit D,[1] addressing a number of matters relating to the sewage system, including:

    a.   Documenting six specific examples of sewage overflows and other sewage incidents;

    b.   Documenting significant examples of where the City's compliance with the Consent Decree fell short;

    c.   Requesting that EPA increase its oversight and enforcement of the Consent Decree, including a formal investigation of the City's compliance with the Decree; and

    d.   Requesting that the parties address the limited scope of the Consent Decree, including its failure to adequately address sewage discharges of unknown origin from the stormwater system.

34.     The sewage incidents documented in the attachments to the February 28, 2013, letter included the following:

---

[1] Due to space and size constraints, Plaintiff-Intervenor attaches excerpts of the appendices to the February 28, 2013 letter.

7

a.  Repeated sewage discharges from a relief pipe (sanitary sewer overflow structure 67) installed near 2050 Falls Road, Baltimore between July and October, 2012.

b.  Repeated sewer overflows near 2050 Falls Road, Baltimore, allowing sewage to enter the stormwater infrastructure through the storm drains and leaving extensive wastewater debris on a heavily-used pedestrian walkway without any notification to the public of such debris.

c.  Wastewater debris indicating discharge of sewage wastewater from the Jones Falls Pumping Station in June 2012, despite the fact that the City's Consent Decree quarterly report indicates that there were no pumping station overflows in the calendar quarter ending 6/30/2012.

d.  A substantial sewage discharge into Baltimore Harbor between June 1 and June 8, 2012.

e.  Numerous instances of sewage overflows from a pair of sewer stacks in the Herring Run between Harford Road and Belair Road, including overflows in May and October 2012, where the volume of the overflows was drastically underreported.

f.  Numerous instances of sewage overflows near 1800 South Clinton Street, including an overflow on October 29, 2012.

35.  Blue Water Baltimore provided the City with sampling results for a number of these incidents, which demonstrated elevated levels of a number of pollutants associated with sewage as a result of the discharges.

## VIII.   CAUSES OF ACTION

### COUNT I

### Violation of the 2002 Consent Decree

36.     Paragraphs 1 through 35 are incorporated herein by reference.  In addition, paragraphs 1 through 49 of the original complaint in this action, filed on April 26, 2002, are re-alleged and incorporated herein by reference.

37.     Through the acts and omissions described herein, the City of Baltimore has violated and will continue to violate the terms of the 2002 Consent Decree.

38.     The Consent Decree makes plain that "Baltimore shall remain solely responsible for any non-compliance with the terms of this Consent Decree, all applicable permits, the Clean Water Act, and regulations promulgated under that Act."  Consent Decree ¶ 50.

### COUNT II

### Violation of the Clean Water Act & Implementing Regulations

39.     Paragraphs 1 through 25 are incorporated herein by reference.  In addition, paragraphs 1 through 49 of the original complaint in this action, filed on April 26, 2002, are re-alleged and incorporated herein by reference.

40.     Through the acts and omissions described herein, the City of Baltimore has violated and will continue to violate the Clean Water Act, 33 U.S.C. §§ 1311, 1319, 1342, and its implementing regulations.

## IX.   RELIEF REQUESTED

WHEREFORE, Plaintiff-Intervenor Blue Water Baltimore respectfully prays that this Court provide the following relief:

1.   A declaration that the City of Baltimore is in violation of the Clean Water Act and the 2002 Consent Decree;

2.   A modification of the 2002 Consent Decree to address the lack of compliance and enforcement of the City of Baltimore's obligations;

3.   An injunction against the City of Baltimore compelling compliance with the Clean Water Act and the 2002 Consent Decree;

4.   An order enforcing the Clean Water Act and imposing civil penalties against the City of Baltimore pursuant to 33 U.S.C. §§ 1319, 1365;

5.   An award of attorney's fees and reasonable litigation expenses incurred in this case; and

6.   Such other relief as this Court may deem appropriate.

Respectfully submitted,

Dated:  July 31, 2013.

   /s/ Patrick M. Phelan
Theodore L. Garrett
Patrick M. Phelan
Federal Bar No. 29283
Thomas R. Brugato
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 662-6000
Fax: (202) 778-5107
Email: pphelan@cov.com

*Counsel for Blue Water Baltimore*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 31, 2013, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Maryland using the CM/ECF system.

I hereby certify that on July 31, 2013, I served the following individuals via first class mail, pursuant to Federal Rule of Civil Procedure 5(b)(1):

Cara M. Mroczek
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
Washington, DC 20044-7611
Tel.: (202) 514-1447
Fax: (202) 616-6583
Email: cara.mroczek@usdoj.gov

P. Michael Cunningham
Office of the United States Attorney
36 S. Charles St. 4th Fl.
Baltimore, MD 21201
Tel: (410) 209-4884
Fax: (410) 962-3091
Email: michael.cunningham@usdoj.gov

Nancy Young
Assistant Attorney General
Maryland Dept. of the Environment
Office of the Attorney General
1800 Washington Boulevard
Baltimore, MD 21230-1718
Tel: (410) 537-3042
Email: nyoung@mde.state.md.

Jennifer L. Wazenski
Office of the Attorney General
Maryland Dept. of Natural Resources
580 Taylor Ave. Ste. C4
Annapolis, MD 21401
Tel: (410) 260-8350
Fax: (410) 260-8364
Email: jwazenski@dnr.state.md.us

George Nilson
City Solicitor
Baltimore City Law Dept.
100 N. Holiday St. Ste. 101
Baltimore, MD 21202
Tel: (410) 396-3297

Thurman W. Zollicoffer, Jr.
Whiteford Taylor and Preston LLP
Seven Saint Paul St. Ste. 1400
Baltimore, MD 21202
Tel: (410) 347-9453
Email: tzollicoffer@wtplaw.com

Peter E. Keith
Gallagher Evelius and Jones LLP
218 N. Charles St. 400
Baltimore, MD 21201
Tel: (410) 727-7702
Fax: (410) 468-2786
Email: pkeith@gejlaw.com

Dated: July 31, 2013                      /s/ Patrick M. Phelan
                                         Patrick M. Phelan
                                         Federal Bar No. 29283
                                         Covington & Burling LLP
                                         1201 Pennsylvania Avenue, NW
                                         Washington, DC 20004
                                         Phone: (202) 662-6000
                                         Fax: (202) 778-5107
                                         Email: pphelan@cov.com

                                         *Counsel for Blue Water Baltimore*

Exhibit A

# DECLARATION OF HALLE VAN DER GAAG

I, Letitia Hadley Van der Gaag (a/k/a Halle Van der Gaag), declare as follows:

1. I am more than eighteen years old and am competent to testify. This Declaration is based on my personal knowledge and belief.

2. I am the Executive Director of Blue Water Baltimore ("BWB") and have been since 2011, the proposed plaintiff-intervenor in *United States v. Mayor & City Council of Baltimore*, No. 02-01524 (filed Apr. 26, 2002). As Executive Director, I am responsible for supervising all employees of BWB and providing overall direction for its mission, programmatic, and administrative functions.

3. BWB is a nonprofit corporation organized under the laws of the State of Maryland and is a charitable corporation under section 501(c)(3) of the Internal Revenue Code. BWB maintains its offices at 3545 Belair Road, Baltimore, Maryland 21213.

4. BWB was formed in 2010 through the merger of five watershed organizations: the Gwynns Falls Watershed Association, the Jones Falls Watershed Association, the Herring Run Watershed Association, the Baltimore Harbor Watershed Association, and the Baltimore Harbor WATERKEEPER.

5. The mission of BWB is to restore the quality of Baltimore's rivers, streams, and Harbor to foster a healthy environment, a strong economy, and thriving communities. The interests we seek to advance through intervention in this litigation fall squarely within this mission.

6. BWB engages in a number of activities to accomplish its mission. For instance, BWB mobilizes volunteers to monitor pollution in their local streams, organizes community trash cleanups and tree plantings, and provides a helping hand to property owners who want to do their part to reduce polluted stormwater runoff from their properties. BWB advocates for stronger laws for clean water, both locally and on a state and regional level. BWB runs the Herring Run Nursery, which sells native plants and provides landscaping and design services to community members, thus increasing our tree coverage in Baltimore and decreasing the amount of stormwater runoff reaching waterways. BWB is the home for the Baltimore Harbor WATERKEEPER, who patrols Baltimore's streams and Harbor, responds to citizen pollution reports received on its pollution reporting hotline, and holds polluters and government accountable under the law.

7. BWB is a membership organization. Certain of BWB's members are the members of the BWB Board of Directors, who have voting rights. At present, BWB has 23 board members.

8. The remainder of BWB's members are individuals who donate to the organization. At present, BWB has over 400 supporting members. BWB supports these members by advocating on behalf of their interests in local and regional forums, including legislative bodies, government agencies, and courts, and by keeping them informed about environmental issues that impact their communities in Baltimore, as well as communities around the Chesapeake Bay region.

9. BWB members have suffered, and continue to suffer, injury to their interests due to the contamination of Baltimore's waterways by the Baltimore City sewage system. Such injuries include, but are not limited to, diminishment of members' use and enjoyment of waterways for commercial, residential, recreational, conservation, and aesthetic purposes. I have gained my understanding of these injuries through a number of sources, including through communications directly with the members.

10. Sewage not only discharges directly to Baltimore's waterways from the sewage infrastructure in Baltimore, but also untreated through the City's stormwater infrastructure. Sewage pollution contributes several types of pollutants to Baltimore's waterways such as nutrients, fecal bacteria, and even toxic metals. It is a threat to the health of Baltimore's waterways, its citizens, and its economy.

11. Because of its immense impact on the water quality and health of the communities in Baltimore, addressing illegal sewage pollution from Baltimore City's sewage infrastructure is a priority issue for BWB. Just between 2010 and 2012, Baltimore City reported discharging over 7 million gallons of raw sewage into Baltimore's streams and Harbor. This amount does not include the amount of sewage discharging into the streams from the stormwater outfalls or that from the two known sewage overflow structures (which discharge millions of gallons more every year). Nor does it include sewage overflows that went undetected by the City.

12. BWB, its five legacy organizations, and its volunteers have advocated on the sewage issue in Baltimore for over a decade. Much of this advocacy has been specific to the consent decree that resulted from the Environmental Protection Agency ("EPA") and Maryland Department of the Environment ("MDE") bringing an enforcement action against Baltimore City in 2002 for its illegal sewage discharges into Baltimore's waterways ("2002 Consent Decree"). This advocacy has included communications and meetings with the City, MDE, and the EPA regarding the major issues we see with the 2002 consent decree terms and the lack of compliance with those terms.

13. The board of BWB voted unanimously to approve intervention in this matter because of the direct link between elimination of sewage pollution and furthering BWB's mission.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this ___30___ day of July, 2013.

_____
Halle Van der Gaag

Exhibit B

## DECLARATION OF ROBERT J. MAYES

I, Robert J. Mayes, declare as follows:

1. I am more than eighteen years old and am competent to testify.  This Declaration is based on my personal knowledge and belief.

2. I am a member of Blue Water Baltimore.  I became a member in January 2013.  Before then, I was a member of the Herring Run Watershed Association which, along with four other organizations, merged to form Blue Water Baltimore in 2010.  I became a member of Herring Run Watershed Association when it formed in 1998.  Prior to that, since approximately 1975, I volunteered with Friends of Northeast Parks and Streams, which was the legacy organization for Herring Run Watershed Association.

3. Between approximately 2005 and 2008, I was a volunteer water tester for the Herring Run Watershed Association (now Blue Water Baltimore).  In this capacity I tested the water at 14 sites on the Herring Run for ammonia and chlorine.  Ammonia is an indicator for sewage pollution in the stream and chlorine is an indicator for drinking water leaks in the stream.  In part because of my time as a volunteer water tester, I readily recognize the distinct smell and appearance of sewage.

4. I am a resident of 3209 Berkshire Road, Baltimore, MD 21214, in the Arcadia neighborhood of northeast Baltimore.  I have lived at this residence with my wife for over 45 years.  I also am from Baltimore originally and grew up here.

5. My residence is approximately one thousand feet from a tributary of the Herring Run stream that discharges into the Back River and ultimately the Chesapeake Bay.

6. I am currently retired and previously worked as a structural designer for Constellation Energy.

7. I regularly recreate along and enjoy the Herring Run and the Chesapeake Bay.  The Herring Run is an important part of our neighborhood and my wife and I are personally dedicated to making sure it is clean and safe for our community.  However, as set forth below, the City's illegal sewage discharges have negatively impacted my use and enjoyment of the Herring Run in a number of ways.

8.  I first observed the sewage pollution in the Herring Run in June 2003, when there was a huge sewage overflow in the Herring Run downstream from the Argonne Drive bridge. There had been a big storm and afterwards my wife and I were walking along the stream. The storm had knocked a sewer stack completely off and sewage was flowing directly into the stream.  The water in the stream was grey and murky and reeked of sewage.  It took the City of Baltimore weeks to fix this problem and it is my understanding that over a million gallons of sewage discharged into the stream during that time.

9.  I am aware that the U.S. Environmental Protection Agency and the Maryland Department of the Environment brought an enforcement action against Baltimore City for its illegal discharges of sewage pollution into the waterways of Baltimore, including the Herring Run, and that the City is currently operating under a 2002 consent decree from this lawsuit.  Due to this knowledge, and the fact that I have been observing and reporting sewage discharges in the Herring Run to the City for approximately eight to ten years, I am aware of the pollution that regularly discharges from Baltimore City's sewage infrastructure into Baltimore's streams and Harbor, both directly and via the stormwater infrastructure, and I am very concerned about this pollution.

10. Smelling and seeing the sewage and knowing about the sewage pollution causes me to worry and become angry and depressed that this pollution exists.  In addition, I am very concerned about the impact that the sewage pollution has on the quality of the water in Baltimore's streams and Harbor, including the Herring Run, and the sanitary and health issues that this pollution presents for Baltimore's residents, including myself and my family.

11. I have engaged, and continue to engage, in a number of recreational activities that have been adversely affected by the City's illegal sewage discharges. The smell and sight of sewage pollution cause my recreational activities to be less enjoyable than they otherwise would be.

12. My wife and I are avid hikers and bird watchers and we usually engage in these activities along the Herring Run.  We hike along the Herring Run approximately once per week and go birding, again along Herring Run, approximately three to four times per season, during both the spring and fall.  We often bring our grandchildren with us on our walks along the stream.

13. When I hike and bird along the Herring Run, there are certain locations I pass which often smell like sewage and where the water looks grey and murky.  One such location is Tributary #1, which joins the Herring Run downstream from Harford Road, where my wife and I have observed sewer overflows and sewage discharging from the stormwater outfalls into the stream.  A second such location is the portion of the Herring Run near Belair Road, where we often observe a sewer stack where the manhole cover and frame have popped off the top of the stack and raw sewage will flow directly into the stream. We almost always report these issues to the City when we observe them.

14. While taking walks along the Herring Run and its tributaries, my wife and I have observed several sewage overflows at several different locations.  For example, in May 2011, in the Herring Run close to Argonne Drive, we observed murky, grey water and the strong smell of sewage.  After walking along the stream to find the source of the sewage, we found a sewer stack with the top blown off and a geyser of sewage flowing into the stream.  We reported it to the City and actually met City employees at the site to show them where it was so they could fix it.  It continued discharging for two days after that meeting.

15. Also on several occasions, while walking along the Herring Run close to Belair Road in the Orlinsky Grove portion of Herring Run Park, my wife and I have observed manhole covers popped off or missing from the tops of sewer stacks and a strong sewage smell. We report these to the City, and often meet the City staff at the site so we can show them exactly where they are.

16. In Spring 2007, on another one of our walks, this time along Tributary #1 of the Herring Run near Parkside Drive, we observed a broken sewer line discharging sewage directly into the stream.  We also reported this to the City so that they could fix it.

17. We have also observed debris from the sewage pollution, such as toilet paper, in the stream during our walks.  The sewage smell and visual appearance of the sewage and debris diminishes my enjoyment of hiking and birding along the stream.  Also, as detailed above, usually when we see or smell sewage pollution during our walks, we stop our walk to report the pollution to the City over the telephone and sometimes even meet them at the site to help them find the location.  This reduces the relaxing nature of our walks. We would love to let our grandchildren wade in portions of the stream if the water were clean, but we do not let them because of the sewage pollution.

18. During June 2013, during one of our walks along the Herring Run, near Harford Road, we observed a group of children about to go swimming in the stream. There was a sign on the bridge above where they were about to swim that said no swimming due to the pollution, but they could not see it from where they were. We stopped and told them that they should not go swimming in the stream due to the sewage pollution. They thanked us for telling them about the pollution and did not end up going swimming. I was very concerned for their safety and health due to the sewage pollution, and this concern reduced my enjoyment of our walk.

19. During our walks, we have also observed other community members walking along the stream who let their dogs off the leash to swim in the stream. There is often not any signage to warn them, so we make sure to stop and tell them to not let their dogs in the water due to the sewage pollution. I am concerned about the health of the dogs when coming into contact with the sewage pollution and also the potential for them bringing bacteria back to their owner's home with them. Again, this concern, and the fact that we stop our walk to notify people, reduces the relaxing nature of our walks.

20. My wife and I also frequently participate in trash cleanups along the banks of the Herring Run. We did so with Friends of the Northeast Parks and Streams and the Herring Run Watershed Assocation, and since Blue Water Baltimore formed in 2010, we have participated in a cleanup of a site on the Herring Run every year during their Project Clean Stream event. Because of the sewage pollution in the stream, we have to take extra precautions during the cleanups, such as wearing gloves and using hand sanitizer anytime we touch the water. We would feel safer conducting these cleanups and actually getting into the water to retrieve trash if it were not for the sewage pollution in the stream.

21. I am an avid fisherman and occasionally go rockfishing on the Chesapeake Bay near North Point State Park and then eat my catch. I also occasionally go fishing in the Prettyboy and Lochraven Reservoirs in the Baltimore area. I used to fish in the Herring Run back in the early 1980's when it used to be stocked with trout, but usually no longer do so due to my concern with the illegal sewage pollution. I would likely bring my grandchildren fishing in the Herring Run, if I were not concerned about the sewage.

22. I continue to recreate along the Herring Run and plan to continue to do so in the future. However, my enjoyment of these activities is decreased by the presence of the illegal sewage pollution.

23. Because of the pollution, there are certain recreational activities I usually avoid, including anything that would involve contact with water in the Herring Run, such as swimming and fishing.  I usually do not feel safe engaging in these types of activities because of the sewage pollution.  In the absence of sewage pollution, I would engage in such recreational activities.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 29th day of July, 2013.

_____

Robert J. Mayes

Exhibit C

**DECLARATION OF GREGORY SKIPPER**

I, Gregory Skipper, declare as follows:

1. I am more than eighteen years old and am competent to testify. This Declaration is based on my personal knowledge and belief.

2. I am a member as well as a board member of Blue Water Baltimore. I became a member in October 2012 and a board member in January 2013.

3. I am a resident of 1203 Harbor Island Walk, Baltimore, Maryland 21230, in the Townes at HarborView overlooking Baltimore's Harbor. I have lived at this residence with my wife for approximately three years. I also am from the Baltimore area originally and grew up here.

4. My residence is approximately one hundred feet from the Harbor and I have an outdoor deck that overlooks the Harbor.

5. I am currently employed for AOL in advertising sales and have worked in advertising operations and sales since 2004.

6. Prior to that, from 2003 to 2004, I worked for Anne Arundel County Department of Public Works as a wastewater engineer. My duties included looking after the County's wastewater treatment plants and any projects related to its wastewater treatment. In this capacity I visited several wastewater treatment plants to make sure things were operating smoothly and being sufficiently maintained. In part because of my time working in the sewage treatment plants in Anne Arundel County, I readily recognize the distinct smell and appearance of sewage.

7. I graduated from University of Maryland, College Park with a degree in mechanical engineering in 2002 and a degree in business in 2003.

8. I regularly recreate along and enjoy the Harbor. Since we live on the Harbor, my wife and I frequently sit on our deck to eat dinner and enjoy the view of the Harbor, and walk are dog along the promenade path. One of the main reasons we purchased our home is because of its location on the water. However, as set forth below, the City's illegal sewage discharges have negatively impacted my use and enjoyment of the Harbor in a number of ways.

1

9. My workplace is also located in a building directly overlooking the Harbor, and my colleagues and I frequently take lunch breaks outside overlooking the Harbor on the promenade.

10. I am aware that the U.S. Environmental Protection Agency and Maryland Department of the Environment brought an enforcement action against Baltimore City for its illegal discharges of sewage pollution into the waterways of Baltimore, including the Harbor, and that the City is currently operating under a 2002 consent decree from this lawsuit. Due to this knowledge, and the frequent press coverage I have witnessed over the years regarding illegal sewage overflows in Baltimore, I am aware of the pollution that regularly discharges from Baltimore City's sewage infrastructure into Baltimore's streams and Harbor, both directly and via the stormwater infrastructure, and I am very concerned about this pollution.

11. Smelling and seeing the sewage and knowing about the sewage pollution causes me to worry and become angry and depressed that this pollution exists. In addition, I am very concerned about the impact that the sewage pollution has on the quality of the water in Baltimore's Harbor, and the sanitary and health issues that this pollution presents for Baltimore's residents.

12. I have engaged, and continue to engage, in a number of recreational activities that have been adversely affected by the City's illegal sewage discharges. The smell and sight of sewage pollution cause my recreational activities to be less enjoyable than they otherwise would be.

13. I am an avid runner and I usually run along the promenade, all the way from my house, around the Harbor, and over to the Canton neighborhood and back. I do this approximately four to five times per week.

14. When I run around the Harbor, there are certain locations I pass which often smell like sewage and where the water looks gray and murky. These locations include the portions of the promenade by the Baltimore Museum of Industry, the Ritz Carlton, the Rusty Scupper restaurant, along the rocks near the Maryland Science Center, by Piers 5 and 6, near the Phillips Seafood Restaurant and Power Plant by Piers 3 and 4, across from the Safeway grocery store in Canton, and near the Captain James Landing restaurant in Canton. The sewage smell and visual appearance diminishes my enjoyment of running.

15. I have also played volleyball overlooking the Harbor through the Baltimore Beach league that uses the volleyball courts in Rash Field, on the south side of the Inner Harbor. This

takes place once a week during the spring season. I have smelled sewage while playing volleyball, which makes it much less enjoyable for me and my teammates.

16. My wife and I also occasionally host out of town friends and family and enjoy taking them to locations overlooking the Harbor. I also often take friends and family that are visiting from out of town out to eat at a restaurant that is not on the Harbor, in order to ensure that their experience is not harmed by the pollution. Likewise, while my wife and I also enjoy eating at restaurants near our home that are overlooking the Harbor, we sometimes avoid doing so due to the sewage smell which ruins the experience for us.

17. I recall a large-scale sewage incident in June of 2012 when my wife and I were impacted by this pollution. We had just returned from being out of town and when we pulled up to our home and got out of our car, we were hit with the incredibly strong and distinct smell of sewage. We then took our dog out for a walk along the promenade from our home towards the Ritz Carlton and noticed that the water in the Harbor was a grayish, metallic color and that the smell of sewage was incredibly strong.

18. During that time, I was in the middle of training to run a marathon, and had to change my running route because the smell made it unbearable to run along my usual route around the Harbor. Also during that time, I was playing in the beach volleyball league and the strong smell of sewage made it much less enjoyable for me and my teammates.

19. I continue to recreate along the Harbor and plan to continue to do so in the future. However my enjoyment of these activities is decreased by the presence of the illegal sewage pollution. Also on certain days when the sewage smell is particularly bad in certain locations, I avoid those locations during my morning run. In the absence of the sewage pollution, I would run at these locations.

20. Because of the pollution, there are certain recreational activities I completely avoid, including anything that would involve contact with Harbor water, such as the pirate boat tours in the Inner Harbor that squirt water guns using Harbor water. I would not feel safe engaging in these types of activities. In the absence of sewage pollution, I would engage in such recreational activities.

21. Since my home is located directly on the Harbor, I am also concerned about the impact the sewage pollution has on our property value as well as our use and enjoyment of our home. My wife and I sometimes have to close our windows because the sewage smell is so bad and we also have to sometimes avoid eating on our outdoor deck because of the smell.

3

22. The board of Blue Water Baltimore, of which I am a member, voted unanimously to approve intervention in this matter.  Addressing sewage pollution has been an important focus of Blue Water Baltimore since its formation in 2010, and prior to that for the legacy organizations that merged into Blue Water Baltimore.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 30th day of July, 2013.

Gregory Skipper

4

Exhibit D



February 28, 2013

*Via First Class and Electronic Mail*
Shawn M. Garvin
Administrator, Region 3
Environmental Protection Agency
1650 Arch Street
Mail Code 3RA00
Philadelphia, PA 19103-2029
Garvin.shawn@epa.gov

Re:  Sewage Consent Decree for Baltimore City

Dear Mr. Garvin,

We write to you to request your immediate attention to the ongoing and egregious sewage contamination of Baltimore's streams and Harbor.  As you know, over ten years ago, EPA and the Maryland Department of the Environment ("MDE") filed an enforcement action against and subsequently entered into a consent decree with Baltimore City related to sewage discharges from its wastewater system ("Consent Decree").  Since that time, Blue Water Baltimore and its legacy organizations have been following this issue closely and communicating with the City, MDE, and EPA regarding its concerns with the scope of the consent decree as well as Baltimore City's compliance with its current requirements.[1]

Through the merger of five watershed organizations in 2010, Blue Water Baltimore ("BWB") has become one of the region's largest water quality advocacy and restoration organizations and is comprised of scientific and legal professionals utilizing tools ranging from grassroots organizing in Baltimore's underserved neighborhoods, to water quality monitoring, legal advocacy and enforcement.  The Baltimore Harbor Waterkeeper program of BWB utilizes sound science and environmental laws towards the goal of abating water pollution and ensuring environmental compliance in our watershed.  This advocacy focuses on several water pollution issues including that from trash, toxics, stormwater, and sewage.  In order to further its mission of cleaning up Baltimore's waterways, BWB has successfully raised millions of dollars for restoration projects in the Baltimore metro region and utilizes legal action when necessary.

---

[1] *See e.g.* letter from Baltimore Sewer Coalition to Baltimore's Mayor in 2008, as Attachment A to this letter; February, 2010 Baltimore Sewer Coalition meeting agenda as Attachment B; and April, 2010 Baltimore Sewer Coalition meeting agenda and minutes as Attachment C.

Pollution from untreated sewage discharges into Baltimore's waterways is not just an environmental issue, but a public health and economic issue as well.  BWB staff has responded to, collected water quality samples from, and otherwise documented numerous sewage overflows and incidents in the City—many of which were visibly originating from the wastewater system and others which were discharging from the stormwater system into our waterways.  These are the same waterways in which the citizens of Baltimore and their children recreate and even fish and crab for subsistence reasons.  These are also the same waterways that provide the heart of the economic engine of our City, and attract thousands of tourists to our State.

Along with this letter, we have enclosed documentation of several examples of the above-referenced sewage overflows and other sewage incidents that BWB has responded to, and that have caused us major concern.  Specifically, our concerns with these incidents are related to extensive water quality contamination; lack of public notification of sewage incidents and their associated public health threats; interim "fixes" of certain sanitary sewer overflows that provide an immediate threat to water quality; and lack of reporting of the existence and extent of certain sanitary sewer overflows to MDE and EPA.  We previously reported and provided documentation of every one of these incidents to EPA, MDE and/or the City, but wanted to include them in one complete package for you at this time.

***After many years of advocating at various levels on this issue, we are now asking EPA to help BWB, the City, and the State to address this problem by doing the following as soon as possible:***

1.  Review and analyze the enclosed documentation of serious examples of where the City's compliance with the Consent Decree, and sometimes the scope of the Consent Decree itself, fall short.[2]  These examples by no means represent an exhaustive list of sewage issues in the City, but provide a good sampling of egregious incidents responded to by BWB;

2.  Increase its oversight and enforcement of the Consent Decree, including conducting a formal investigation of the City's compliance with the Consent Decree.  This compliance audit should focus on the City's compliance with its reporting obligations, notifications to the public, and completion of construction projects and deadlines.  We specifically request that EPA follow up on the incidents referenced in the enclosed documentation as a starting point to its audit; and

---

[2] *See* detailed Table of Contents and the enclosed documentation immediately following this letter.  Specifically, Appendices I – VI provide documentation of six recent examples of sewage incidents in Baltimore City.

3. Work with BWB, MDE, and the City to address the limited scope of the Consent Decree, including its failure to adequately address Sewage Discharges of Unknown Origin ("SDUOs") from the stormwater system ("municipal separate storm sewer system" or "MS4").  These sewage discharges from the MS4 constitute illicit discharges that should be regulated by the City's MS4 permit, and we believe strengthening the terms of that permit can help close this gaping hole in the purview of the Consent Decree.  Specifically the Illicit Discharge Detection and Elimination ("IDDE") section of the MS4 Permit should require that the City create a plan with enforceable interim benchmarks and deadlines for conducting a comprehensive source investigation and then eliminating each known SDUO, beginning with the known "Filthy Five" hot spot outfalls.  Alternatively, the MS4 Permit should explicitly require the City to incorporate this IDDE/ SDUO investigation and elimination plan into the applicable Total Maximum Daily Load ("TMDL") implementation plans already required in the permit.[3]

We believe that the above requests are not only reasonable, but imperative to addressing the extensive sewage pollution in Baltimore.  Further, they are critical to protecting public health and meeting both Bay and local TMDL load allocations.

We look forward to discussing these issues further with you in the near future and specifically to your response to the above requests.  We thank you in advance for your commitment to clean and healthy waterways in Baltimore and the broader Chesapeake Bay watershed.

Sincerely,

Christine ("Tina") M. Meyers, Esq.
Baltimore Harbor Waterkeeper
Blue Water Baltimore
3545 Belair Road
Baltimore, MD  21213
tmeyers@bluewaterbaltimore.org
410-254-1577, x112

---

[3] *See* BWB's January, 2013 report providing necessary action items to address the SDUO issue in Baltimore City, as Attachment D to this letter.  Incorporating an enforceable IDDE/ SDUO plan requirement into the MS4 permit will address the six necessary action items referenced in detail in Attachment D, including an enforceable timeline for the comprehensive study and abatement of known SDUOs, and allocation of a significant portion of stormwater utility funds towards SDUO elimination.  *See also* BWB's comments on the Baltimore City MS4 permit submitted to MDE in September, 2012, as Attachment E.

Cc:    Jon Capacasa, Director, Water Protection Division, EPA Region 3;
       David McGuigan, Associate Director, Water Protection Division, EPA Region 3;
       Michelle Price-Fay, NPDES Enforcement Branch Chief, EPA Region 3;
       Evelyn MacKnight, NPDES Permitting Branch Chief, EPA Region 3;
       Nina Rivera, Assistant Regional Counsel, EPA Region 3;
       Allison Graham, NPDES Enforcement, EPA Region 3;

       Jeff Corbin, EPA Senior Advisor for Chesapeake Bay and Anacostia River;
       Nicholas DiPasquale, Director EPA Chesapeake Bay Program;

       Dr. Robert Summers, Secretary of the Environment, MDE;
       Jay Sakai, Director, Water Management Administration, MDE;
       Thomas Boone, Director, Compliance Program, MDE;
       Carol Coates, Division Chief, Enforcement Division, MDE;
       Brian Clevenger, Sediment, Stormwater & Dam Safety Program Manager, MDE; and

       Steven R. Johnson, MDE Principal Counsel, Office of the Attorney General.



# TABLE OF CONTENTS

Attachments and Appendices to February 28, 2013 Letter to Administrator Garvin

Documentation of Sewage Events and Advocacy

| ATTACHMENT # | NAME | DESCRIPTION |
|---|---|---|
| A | February, 2008 Baltimore Sewer Coalition Letter to the City | Letter from Baltimore Sewer Coalition (comprised of BWB's five legacy organizations) to Baltimore's Mayor in 2008 regarding compliance with the sewage consent decree. |
| B | February, 2010 Baltimore Sewer Coalition Meeting Agenda | Agenda from BSC meeting with the City, MDE and EPA regarding compliance with the sewage consent decree. |
| C | April, 2010 Baltimore Sewer Coalition Meeting Agenda and Minutes | Agenda and minutes from BSC meeting with the City, MDE and EPA regarding compliance with the sewage consent decree. |
| D | January, 2013 BWB Report re: Action Items to Address SDUOs in Baltimore | BWB report detailing six necessary action items to address the Sanitary Discharge of Unknown Origin (SDUO) issue in Baltimore, including the "Filthy Five" outfalls.  Includes attachments to report. |
| E | September, 2012 BWB MS4 Comments | Extensive legal and technical comments submitted by BWB to MDE re: Baltimore City draft MS4 permit.  Includes select attachments to comments. |

| APPENDIX # | NAME | DESCRIPTION |
|---|---|---|
| I | Sewage Concern 1:  Falls Road/ Street Car/ Hurricane Sandy | Fact Sheet regarding and documentation of chronic sanitary sewer overflows and associated public health threats on Falls Road, along the Jones Falls near the Street Car Museum.  Includes photo documentation. |
| II | Sewage Concern 2: Sewage Bypass OF 67 | Fact sheet regarding and documentation of sewage overflow bypass mechanism discharging into the Jones Falls near the Street Car Museum.  Includes photo and video documentation and water quality monitoring data.  (Video on CD and in e-link only). |
| III | Sewage Concern 3:  Jones Falls pumping station | Fact sheet regarding and documentation of overflow mechanism at the Jones Falls pumping station.  Includes photo documentation. |



| APPENDIX # | NAME | DESCRIPTION |
|---|---|---|
| IV | Sewage Concern 4:  June, 2012 sewage incident in Baltimore Harbor | Information regarding and documentation of widespread sewage incident in the Baltimore Harbor in June, 2012.  Includes photo documentation and water quality monitoring data and analysis, as well as a BWB memorandum sent to the City detailing its response to the incident and its concerns with agency response. |
| V | Sewage Concern 5: Herring Run Sewage Stack | Fact sheet regarding and documentation of chronic sanitary sewer overflows from a sewage stack in the Herring Run.  Includes photo and video documentation and agency correspondence regarding concerns with underreporting of the incident.  (Video on CD and in e-link only). |
| VI | Sewage Concern 6:  South Clinton Street | Fact sheet regarding and documentation of chronic sanitary sewer overflows at 1800 S. Clinton Street.  Includes photo documentation. |

**Baltimore Harbor Waterkeeper Fact Sheet**

**November 20, 2012**

**SSOs at Falls Road and Street Car Museum**

- Baltimore Harbor Waterkeeper/ Blue Water Baltimore ("BWB") staff has observed and responded to various persistent and repeat SSOs on Falls Road (between 1800 and 2050 Falls Road, Baltimore, MD) for several years.
- Most recently, on October 30, 2012, following weather event Sandy, BWB staff observed a high volume of what appeared to be a mixture of raw sewage and stormwater flowing downhill on the stream side of Falls Road (adjacent to Jones Falls), along the public sidewalk.  The area was filled with puddles of grey water and wastewater debris (several greaseballs, toilet paper, tampons, condoms).  The area smelled strongly of sewage.
- People were jogging down the sidewalk through puddles of sewage without realizing what it was.  There was no public notices/ signage posted.
- Several manhole covers were surrounded by wastewater debris and one was missing the lid (see below).
- Below are photos taken along Falls Road on October 30, 2012 (moving south from OF67), all taken by BWB staff.

APPENDIX I



Wastewater sediment on sidewalk, Falls Road, facing south, 10/30/12

APPENDIX I



Wastewater sediment, puddles of sewage and stormwater, wastewater debris on sidewalk, Falls Road, facing south, 10/30/12

APPENDIX I



Wastewater debris (toilet paper) on railroad ties adjacent to sidewalk on Jones Falls side, Falls Road, 10/30/12

APPENDIX I



Open manhole cover (exposing raw sewage water), wastewater debris (toilet paper, condom and grease balls) on sidewalk, Falls Road, facing south, 10/30/12

APPENDIX I



Wastewater, puddles of sewage, wastewater debris (toilet paper, greaseballs, condoms) on sidewalk just past open manhole cover, Falls Road, facing south, 10/30/12

APPENDIX I



Wastewater sediment, puddles of sewage and stormwater, wastewater debris (toilet paper) on sidewalk, Falls Road, facing south, 10/30/12

APPENDIX I



Wastewater sediment, puddles of sewage and stormwater, wastewater debris (toilet paper, etc.) in grass on stream side of sidewalk, Falls Road, facing south, 10/30/12

APPENDIX I



Wastewater sediment, puddles of sewage and stormwater, wastewater debris (toilet paper, etc.) in grass on stream side of sidewalk, Falls Road, facing south, 10/30/12

APPENDIX I



Wastewater sediment, puddles of sewage and stormwater, wastewater debris (toilet paper, etc.) in grass on stream side of sidewalk, Falls Road, facing south, 10/30/12

APPENDIX I

**Baltimore Harbor Waterkeeper Fact Sheet**

**November 20, 2012**

**OF67**

- Baltimore Harbor Waterkeeper/ Blue Water Baltimore ("BWB") staff has observed a relief pipe installed on Falls Road that seemed to connect the sewage infrastructure directly to the stream (Jones Falls).  The nearest property address is approximately 2050 Falls Road, Baltimore MD.  It was labeled "OF67" on a pole across the street.  The end of the pipe was visible on the stream bank.
- On July 19, 2012 during a rain storm, BWB staff observed what appeared to be a mixture of raw sewage and stormwater discharging rapidly from the relief pipe at OF67 directly into the Jones Falls.  It was already discharging when BWB staff arrived at approximately 7:20pm and continued until approximately 8:00pm, at which time the flow abated.  The location smelled strongly of sewage.
- City of Baltimore "SSO Notification List" for July, 2012 does not indicate 7/19/12 incident (last accessed 11/12/12, http://publicworks.baltimorecity.gov/Portals/publicworks/documents/SSO%20Charts/SSO%20Spills%20Chart_July%202012.pdf).
- On several occasions between 7/19/12 and 10/30/12, BWB staff observed the smell of sewage at this location along with air blowing out of the relief pipe and wastewater debris caught in the foliage just underneath the relief pipe opening.
- On October 30, 2012, following weather event Sandy, BWB staff observed a high volume of what appeared to be a mixture of raw sewage and stormwater discharging rapidly from the relief pipe directly into the Jones Falls.  Steam was visible emanating from the wastewater discharge.  It was already discharging when BWB staff arrived at approximately 2:45pm and was still discharging when they left at approximately 3:45pm.  The area surrounding the location was filled with puddles of grey water and wastewater debris.  The area smelled strongly of sewage.
- BWB Staff sampled the discharge on 10/30/12 for laboratory analysis, selected results provided below:

| | |
|---|---|
| BOD | 94 mg/L |
| COD | 400 mg/L |
| TP | 1.3 mg/L |
| TKN | 11 mg/L |
| Surfactants, MBAS | 3.8 mg-LAS/L |
| Ammonia | 2.3 mg/L |
| Enterococcus | >24,000 MPN/100mL |

- Google aerial and "street-view" imagery data indicated installation of OF67 bypass pipe sometime between 8/2009 and 8/2010.

**APPENDIX II**

- City of Baltimore SSO Consent Decree quarterly report No. 39 indicates that "SSO No. 67" was eliminated on or by 2/28/10 pursuant to completion of Paragraph 8 Construction Project No. 7 (Between reports No. 25 and No. 27 the date of elimination changes from 8/30/09 to 2/28/10; report No. 26 is unavailable); "Post Construction Monitoring Phase" continues at single site with "Flow Meter in Place."
- Quarterly Report No. 39, which corresponds to the calendar quarter ending 6/30/12, includes the following note in the appendix that treats paragraph 8 construction projects, in the section pertaining to project No. 8, which follows project No. 7 that is designed to eliminate "SSO No. 67." It reads, "…The City submitted an extension request to EPA and MDE for SSO 67 and 72 dated February 16, 2010 requesting an extension to February 28, 2011. The City further submitted another extension letter dated February 15, 2011 requesting an extension to June 29, 2019 to allow for adequate time for the City to complete the hydraulic restriction project at the BR-WWTP, which the City believes is a major contributor to not being able to eliminate these SSOs."
- City of Baltimore SSO Consent Decree quarterly reports indicate overflow incidents at "SSO No. 67" in Appendix "Summary of Reported Overflows" section but do not include estimated quantities.  Furthermore, these overflow incidents are not included in either the Maryland Reported Sewer Overflow Database (MDE) nor the City of Baltimore SSO Notification List (accessed 11/12/12).
- Other quarterly reports indicate that the City is tracking overflows at SSO #67 and other SSOs targeted by the CD under paragraph 8.  It also appears that incidents at these targeted SSOs are not making it into the MDE SSO notification database nor the City's reporting section titled "Un-permitted Sanitary Sewer Overflows," which is treated in each quarterly report.

APPENDIX II

- **From Quarterly Report No. 35:**

  **"E. Flow and Rainfall Monitoring for Paragraph 8 Construction Projects:**

  As of June 30, 2011, **3 flow meters are installed** as indicated in Table 8-1 specifically for Paragraph 8 Projects.

  **Table 8-1: Flow Monitor Installations for Paragraph 8 Projects**

**Table 8-1: Flow Monitor Installations for Paragraph 8 Projects**

| Consent Decree Project ID No. | ADS Project ID No. | Project | No. of Meters | | |
|---|---|---|---|---|---|
| | | | April | May | June |
| 7 | 4 | Lower Jones Falls Interceptor | 1 | 1 | 1 |
| 8 | 5 | Stony Run Interceptor & P.S. | 1 | 1 | 1 |
| 10 | 7 | Greenmount Interceptor | 1 | 1 | 1 |
| | | Total | 3 | 3 | 3 |

[*Note: Project No. 7 addresses elimination of SSO No. 67*]

A summary of rainfall and flow monitoring data collected during April, May and June 2011, prepared by ADS Environmental Services is submitted on a compact disk in the inside of the back cover of this Calendar Quarterly Report. The ADS report includes:

• Meter location maps
• Meter site reports
• Rain gauge location maps
• Tabular flow monitoring data
• Tabular rain gauge data
• Depth and velocity scattergraph plots
• Flow and rainfall data in Excel format

All flow meters are ADS Model 4000 flow monitors. Each meter was calibrated by manually measuring depth and velocity to confirm that the flow meters are functioning properly. Multiple measurements were obtained for each flow meter. These measurements are shown on the depth-velocity scattergraphs provided for the flow monitoring sites."

APPENDIX II

- Below are photos documenting the discharges from OF67 relief pipe, all taken by BWB staff.



"OF67" bypass pipe, 6/11/12

APPENDIX II



6/11/12

APPENDIX II



6/11/12

APPENDIX II



"OF67" bypass pipe outfall, 6/11/12

APPENDIX II



6/11/12

APPENDIX II



Wastewater debris deposited on rip-rap below "OF67" bypass pipe outfall, 6/11/12

APPENDIX II



Wastewater debris deposited on rip-rap below "OF67" bypass pipe outfall, 6/11/12

APPENDIX II



August, 2009 pre-installation "street-view" data (Google)



August, 2009 pre-installation "street-view" data (Google)

APPENDIX II



August, 2010 likely post-installation aerial data (Google)

APPENDIX II



Wastewater discharge from "OF67" bypass pipe outfall, 7/19/12

APPENDIX II



Wastewater discharge from "OF67" bypass pipe outfall, 10/30/12

APPENDIX II



Wastewater debris ("greaseballs") and raw sewage on sidewalk adjacent to "OF67" on 10/30/12

APPENDIX II



Wastewater debris ("greaseballs" and toilet paper) and raw sewage at OF67 on 10/30/12

APPENDIX II



Steam emanating from wastewater discharge from OF67 outfall into Jones Falls, 10/20/12.

APPENDIX II



June 25, 2012


Mr. Al Foxx, Director
Department of Public Works
City of Baltimore
Abel Wolman Municipal Building, 6th Floor
200 N. Holliday Street
Baltimore, MD 21202

Re:  Recent Sewage Discharge in Baltimore Harbor

Dear Mr. Foxx:

We are writing in regards to the sewage spill in the Inner Harbor that occurred between
approximately June 1 and June 8, 2012. We look forward to the opportunity to discuss this in
more detail with you and members of your staff. Additionally, please find a variety of
attachments and supporting documentation prepared by Blue Water Baltimore's staff and its
Scientific and Technical Advisory Committee, a committee of scientists, many of whom have
specific expertise in this field.

We have been monitoring the Harbor for years and we have never observed a sewage field of
this magnitude nor observed this extent of wastewater debris. We understand that the harbor is
persistently contaminated by sewage overflows of varying magnitudes, but that should not justify
what has been, in our view, a cursory dismissal of an event of this magnitude.

On behalf of both Blue Water Baltimore (BWB) and the Baltimore citizens we have responded
to, we are extremely concerned about the City's response on this issue. We are also concerned
with the inadequate response by the Maryland Department of the Environment, whom we will
also contact by a separate letter.

As you know, the drumbeat for cleaner water has been growing louder. Clean water mandates
have been handed down from Federal and State agencies, and the Mayor of Baltimore, agencies
such as the Department of Public Works and its many partners have committed to a Fishable
Swimmable Harbor by 2020.

To meet these very challenging goals, we believe our community needs a paradigm shift in how
the City responds and reacts to pollution entering our streams and rivers, regardless of size or

APPENDIX IV

source. We also believe that there is a need for additional transparency, better information dissemination to the public while investigative work is underway, and enhanced collaboration and communication with partners working toward the goal of clean water.

Blue Water Baltimore stands ready to be an active partner in this critical goal. As you know, we work to restore and protect the streams and tributaries of the Patapsco and Back Rivers. We lead hands-on projects intended to mitigate stormwater, such as hundreds of rain gardens; large-scale capital projects, such as impervious surface removal in alleys and school parking lots; extensive tree plantings; and community engagement. We also work to pass laws that will support and fund clean-up efforts and ensure that regulatory permits and existing laws are strong and enforced. Our organization has raised millions of dollars from private foundations, companies and individuals directed at these local activities.

Our goal of this memorandum is to use the most recent incident to illuminate a different path forward as part of the needed paradigm shift.

**Background on the June 2012 Sewage Spill**

We believe that the scientific data, visual and olfactory clues, and physical evidence clearly indicate a major sewage event occurred. We understand that without a known source of a leak or discharge, the City concludes either that the discharge either did not occur or it was a Sewage Discharge of Unknown Origin (SDUO), which requires different reporting to regulatory agencies, fellow agencies such as the Heath Department, and citizens

While we understand the complexity of sanitary sewage discharges, as well as the chronic issue of sewage in the storm drain system, we believe that a different level of responsiveness and public engagement is required in extreme incidents of this nature. We also hope that the City can elevate the urgency and strategies related to tracking SDUOs, quantifying sewage spills, and taking corrective measures, in addition to its mandated Sanitary Sewer Overflow (SSO) responsibilities.

The sewage spill and cautious positioning by the City during the initial days was a lost opportunity. City leaders could have used the spill to communicate to the public that both the sanitary sewer and storm drain systems still require major improvements and ongoing maintenance, while highlighting the significant upgrades already done.

There was also a public health imperative to communicate about the sewage release, given that the incident caused very real damage to the Baltimore Harbor ecosystem and posed a risk of infection and other illnesses to those in contact with the water.

As you know, there is a public hearing this week on a 9 percent increase in water and sewer bills, which comes after other increases in recent years, and an increase in fees for needed upgrades to the Back River and Patapsco waste water treatment plants. Soon, citizens and non-governmental

APPENDIX IV

agencies will be paying for upgrades to the stormwater system that Blue Water and its partners championed. In essence, we are asking a lot of the taxpayers and business owners in Baltimore, and we need to seize every moment to tell them why it matters. We must also give them confidence that the information they receive from government sources is intended to protect the public interest rather than government itself.

The Harbor and our streams continue to have high levels of bacteria through periods of both dry and wet weather. We cannot accept this as business as usual. High data levels in this instance, as well as those found in historical data, should be an urgent concern, regardless of whether the source is identified.

**Reporting and Response Issues**

The sooner someone can be on the scene of a sewage discharge, the more accurate the data collected and the more reliable the response. In the future we hope that the public knows to report an incident to 311 immediately; in this case, there was a delay of almost three days. Additionally, we hope the City will soon have the staffing levels that were promised in 2011, so that DPW can have the right staff available on nights and weekends for incident response. Time is of the essence in detection, and earlier detection by citizens or professional staff might have led to an earlier pinpointing of leaks.

In the June incident, we believe that because of the slow notification, the investigation that was conducted on Monday evening in the stormwater infrastructure and throughout the next few days was too late; the sewage and wastewater debris had already discharged into the Baltimore Harbor.

However, we believe it is imperative that the City not deny that a major sewage leak took place, an assertion in this case that was based on data collected at the tail end of the incident. The City should also give appropriate weight to *all* data and information collected. In this instance, there was important data, visual observations and olfactory clues documented by Blue Water Baltimore staff and citizens, as well as agency staff.

Blue Water Baltimore follows rigorous EPA protocols for sampling and uses established certified labs to process our results. Our samples were the earliest and most representative of the sewage event. We believe that the timing and location of the information and data we collected should be given tremendous weight.

In terms of response, we appreciate that the City sent an investigator out to the scene after our first call the evening of Monday, June 4th. This investigator worked with our staff and informed them that he believed it was in fact sewage in the Harbor. Since then we understand that the City has not been able to pinpoint a specific *source* of the sewage, but we are extremely concerned that the City has concluded from that that was no sewage released.

APPENDIX IV

To summarize, we are concerned with the following issues related to the City's response to the sewage spill:  lack of urgency by City staff; lack of public outreach/ health information/ advisories; lack of sampling in a timely and scientifically representative manner; cursory dismissal of the strong indicators of a sewage spill; and conclusion that it was not sewage due to the lack of an obvious source.

As mentioned above, the staff and Scientific and Technical Advisory Committee members of Blue Water Baltimore, including several well-established scientific experts and other water quality professionals, believe that the pollution observed on the Harbor during this incident was in fact sewage. We have attached several documents that provide the basis for that conclusion:

Attachment A: Blue Water Baltimore Response Timeline
Attachment B: Photo Documentation
Attachment C: Technical

**Looking Ahead**

Our goal is to continue to work together to have a better response plan for a variety a sewage-related issues. We have a number of specific ideas based on the Consent Decree itself and look forward to hearing those of you and your staff. Additionally, we would like to understand how the City can accelerate infrastructure work on both the stormwater and wastewater systems.

We have reviewed the notes, information and answers provided to Blue Water Baltimore and the Waterfront Partnership in August and September 2011 on the issues of staffing, resource allocation, and monitoring and look forward to an update. Our recommendations will include an increase in dialogue and evaluation between BWB, other partners and the City through tools such as the planned Harbor Stat, inter-agency meetings within the City as well as with regulatory agencies such as MDE and EPA, and a task force to help establish policy and implementation of the stormwater utility and fee in the coming year.

We believe that together we can make our waterways cleaner and safer for all, but it must begin with a shift in how we approach and acknowledge problems and solutions. September 2012 marks the 40th anniversary of the Clean Water Act. The law, while not perfect, includes provisions that allow for citizen involvement and intervention to ensure water resources are protected.

We will continue to work towards fulfilling our organization's mission to restore and protect Baltimore's waterways. While we look forward to continued discussion, we also want to stress again the need for urgency. Additional summer storms will continue to push the existing systems, with high volume and velocity rain events. Our staff and others have begun to observe another fish kill underway. We have the public's attention now on these issues; let's make the

APPENDIX IV

case that more must be done if w    a    o    r    a    o         t      r    e       ets – a clean and prosperous environment for all.

We appreciate the opportunity to                                                                ne together to                                      tter handling such incidents in the future.                s an important                        y    a        altimore, and especially for                  r           and we look                        he      he problem.

Sincerely,

Blue Water Baltimore

                                        Director

Christine ("Tina") M             more Harbor WATERKEEPER

                            M  nager

cc:

Rudy Chow, Baltimore City,        reau Head, Water/Wastewater

                                        rship

Laurie Schwartz, Waterfront       tnership

APPENDIX IV

## SUMMARY OF BLUE WATER BALTIMORE OBSERVATIONS AND EVIDENCE

### (See Attachments A through D for further information)

### *First-hand visual and olfactory observations (See Attachment A, Timeline)*

Blue Water Baltimore first heard of the sewage spill on Monday, June 4th at approximately 3:30 p.m. through a citizen incident report by the Downtown Sailing Center. Representatives of the Downtown Sailing Center reported that they had been observing the appearance of grey water in the Harbor and the distinct smell of sewage beginning on Saturday morning, June 2, 2012. David Flores, Water Quality Manager, immediately responded to the incident by heading to the scene to verify the report, contacting DPW Surface Water Division (receptionist stated that no one was available because it was after staff hours), contacting the Maryland Department of the Environment ("MDE") compliance program, and filing a 311 report with the City. Upon arrival to the scene, Mr. Flores observed a field of grey water on the Harbor, stretching from the Harborview Marina over to Domino Sugars and out to the channel, and the distinct smell of sewage.

In response to Mr. Flores' 311 report, the City sent an inspector from Sewer Maintenance who met him at the scene and, after reviewing the situation, indicated that it was indeed sewage. Mr. Flores and the inspector then worked together to look for obvious signs of a sewage overflow, including broken man hole covers, etc. but did not see anything obvious. Mr. Flores also photo-documented the sewage field from the water.

At approximately 8:00am, Tuesday morning, June 5th, Mr. Flores and Tina Meyers, Baltimore Harbor WATERKEEPER, again went to the Downtown Sailing Center and observed grey water and the distinct smell of sewage. They also observed uncharacteristically high amounts of wastewater debris, including direct sewage indicators such as grease balls, condoms, and tampon applicators.

Mr. Flores and Ms. Meyers took the WATERKEEPER boat out into the Harbor to collect water quality samples (see Water Quality Monitoring Data section below). At this time, the delineation between the grey water and "regular" Harbor water appeared to have begun mixing, but the look and smell of sewage was still more obvious in the water near Downtown Sailing Center and Domino Sugars, than on the north side of the Harbor, near Pier Six.

On Tuesday, Mr. Flores again contacted DPW and spoke to Joan White, who was already aware of the situation. He also again contacted MDE compliance division who asked what they should do about it, and he replied "send someone out here."

On Wednesday morning, June 6th, Mr. Flores led his team on their biweekly sampling mission of 17 sites in the Inner Harbor. The sewage in the Harbor appeared to have continued to mix, with

APPENDIX IV

locations such as the Rusty Scupper and the Downtown Sailing Center exhibiting the strongest look and smell of sewage, including wastewater debris. Ms. Meyers observed grey water and the smell of sewage at both the Rusty Scupper and Downtown Sailing Center, and observed freshly dead fish and eels, crabs crawling onto the rocks, and wastewater debris in varying degrees at Fells Point, Rusty Scupper, and the Downtown Sailing Center.

Throughout the week, Blue Water Baltimore also received approximately 15 reports from Baltimore residents of grey water, the smell of sewage, and wastewater debris at varying locations around the Inner Harbor. These residents included several boaters, runners, waterfront property owners, and other citizens who observe the Harbor on a frequent basis and had never observed such a massive extent of sewage.

### *Photo- documentation (See Attachment B, Photo-documentation)*

Photos were taken by Blue Water Baltimore staff at various locations on the Inner Harbor beginning on the afternoon of Monday, June 4th through and including Wednesday, June 6th. These photos reflect the stark delineation between the field of grey sewage water in front of the Domino Sugars plant and the "regular" Harbor water we observed on Monday evening as well as the unusually high amount of wastewater debris observed throughout the week at the Downtown Sailing Center, Fells Point, and the Rusty Scupper. This debris included direct indicators of a sewage overflow, such as grease balls, condoms and tampon applicators.

We also photo documented approximately 40 to 50 freshly dead fish and eels at the Downtown Sailing Center, dead fish at Fells Point, and adult and juvenile crabs crawling onto the rocks near the Rusty Scupper. Photos were also taken throughout this time period by other citizens of Baltimore and partners of Blue Water Baltimore.

### *Water Quality Monitoring Data (See Attachment C, BWB Data results and Analysis)*

As you know, Blue Water Baltimore was the first to conduct any water quality monitoring in response to the sewage spill. At approximately 9 a.m. on Tuesday June 5th, we collected two sets of samples in the Inner Harbor, one in the channel near Pier 6 (which at the time appeared to be in the mixing zone) and one in the channel near Domino Sugars (which at the time appeared within the sewage zone). These sample locations, as well as the location of the observed sewage field, are illustrated in Attachment D, map of the Harbor.

Our Tuesday morning samples were analyzed by an EPA-certified lab for the presence of *Enterococci* bacteria (the EPA suggested indicator for human sewage in tidal waters), chlorophyll, nutrients, and biological oxygen demand. The results showed bacteria levels exceeding the water quality standards for human contact, with the higher level being near Domino Sugars.

APPENDIX IV

We also collected our routine water quality monitoring data at 17 sites throughout the Inner Harbor on Wednesday morning, June 6th. These samples were analyzed for *Enterococci* bacteria, nutrients, chlorophyll, dissolved oxygen, and water clarity.

APPENDIX IV

Attachment A
Blue Water Baltimore Timeline of Events:  June, 2012 Harbor Sewage Spill

## Saturday June, 2nd 2012

- Discrete grey-colored discharge and smell of sewage first observed by staff of Downtown Sailing Center (DSC) in waters between Domino Sugars, Ritz Carlton, and DSC marina [per report by DSC to BWB on Monday, June 4, 2012]
- Submission of citizen reports/complaints of sewage discharge in Harbor to City 311, City Department of Public Works (DPW) and/or Maryland Department of the Environment (MDE) unknown to Blue Water Baltimore (BWB).

## Sunday June, 3rd 2012

- Submission of citizen reports/complaints of sewage discharge in Harbor to City 311, City DPW and/or MDE unknown to BWB.

## Monday June, 4th 2012

- **Approx. 3:30PM:** David Flores (Water Quality Manager, BWB) receives report by DSC staff of intensifying field (extent, turbidity, and odor) of suspected sewage discharge covering area of Harbor bounded by shoreline along Key Hwy., Ritz Carlton tower, Domino's Sugar and the southern extent of the shipping channel.
- **4:14PM:** David Flores (BWB) calls Water Management Division of MDE Compliance Program and speaks to Kathy Mohan (MDE) to file citizen complaint to initiate investigation of sewage discharge and inquire about potential Sanitary Sewer Overflow (SSO) reporting by City DPW to MDE in response to incident.  Ms. Mohan indicates that no reports of SSO's or sewage discharge to the Harbor have yet been received from citizens or City DPW.
- **4:18PM:** David Flores (DPW) calls Surface Water Management Division of City DPW to make direct report to Joan White or alternative staff representative of the Illicit Discharge, Detection and Elimination (IDDE) or Monitoring personnel.  Receptionist indicates that no personnel are available to respond to the report and request of investigation as Ms. White and other IDDE personnel had left the office for the day approximately one hour earlier.
- **4:30PM:** David Flores (BWB) arrives on the scene at DSC and observes and photo-documents (both by land and by WATERKEEPER boat) field of grey sewage discharge between Domino Sugars and Harborview.
- **4:43PM:** David Flores (BWB) calls Water Management Division of MDE Compliance Program and speaks to Kathy Mohan (MDE) to follow-up to initial report of sewage discharge and request for investigation and to confirm the presence of an apparent and discrete field of sewage discharge stretching from the Ritz Carlton tower to Domino Sugars.
- **4:49PM:** David Flores (BWB) submits 311 Service Request via smartphone app – SR# 12-00402042.
- **Approx. 5:30PM:** David Flores (BWB) meets with responding field personnel, Mr. Gregory Crowder (DPW – Sewer Maintenance Division) at the DSC parking lots.  Mr. Crowder indicates that waters at DSC marine location appear to be contaminated with sewage discharge.  Mr. Crowder initiates visual inspection of storm- and sanitary-sewer piped infrastructure via

1

APPENDIX IV

manholes and storm-drains on and between Key Highway and Baltimore Harbor within the
extent of the observed field of sewage discharge.  Mr. Crowder fails to locate abnormal flows or
blockages within the sanitary-sewer infrastructure or abnormal discharge within the stormwater
infrastructure.

## Tuesday June 5th, 2012

- **8:00AM:**  David Flores and Tina Meyers (Baltimore Harbor WATERKEEPER, BWB) first observe
  and photo-document physical evidence of sewage discharge (i.e. wastewater debris) at
  shoreline and waters adjacent to DSC, such as numerous used condoms, tampon applicators,
  "greaseballs[1]," latex gloves, and freshly killed eels, juvenile catfish, and other finned fish.
- **9:00AM:**  David Flores and Tina Meyers (BWB) collect water quality samples in the
  WATERKEEPER boat at a channel location within the observed extent of the concentrated
  sewage discharge, aka "Domino Sugar" site, and further west within the channel and the mixing
  zone between the concentrated sewage discharge and the background Harbor waters, aka "Pier
  Six" site.  See data results from 6/5/12, attached as **Attachment C**.
- **10:16AM:**  David Flores (BWB) calls Water Management Division of MDE Compliance Program
  and speaks to Kathy Mohan (MDE) to report sighting of physical evidence (i.e. greaseballs, etc.),
  freshly killed fish, and the persisting field of sewage discharge between Ritz Carlton and Domino
  Sugars.
- **11:22AM:**  David Flores (BWB) speaks with Joan White (DPW Surface Water Management) who
  indicates that DPW field personnel have been deployed to investigate SSO's within the piped
  infrastructure throughout the downtown Harbor area.
- David Flores and Tina Meyers (BWB) field numerous citizen reports of suspected sewage
  discharge in locations in the Inner Harbor, Harbor East, Fells Point, and Canton including visual
  and olfactory indicators as well as physical evidence (i.e. clumps of toilet paper, condoms,
  "greaseballs," etc.)
- **6:00PM and earlier.**  Adam Lindquist (Waterfront Partnership) observes and photo-documents
  distinct discharge of grey-colored water from the Harris Creek outfall.  Another volunteer
  observes physical evidence at this location as well (i.e. clumps of toilet paper).

## Wednesday June 6th, 2012

- **7:30AM – 12:00PM:**  David Flores (BWB) conducts regularly-scheduled water quality monitoring
  of Harbor Northwest Branch and observes suspected sewage-contaminated waters in and
  around Inner Harbor, Rusty Scupper, Harbor East, Harborview, DSC, and Domino Sugars.  Tina
  Meyers (BWB) observes and photo-documents suspected sewage-contaminated waters in and
  around Fells Point, Rusty Scupper, and DSC, including grey-tinted water, olfactory clues, physical
  evidence (wastewater debris including "greaseballs," used condoms, tampon applicators and

---

[1] "Greaseballs," when referenced in this memo and attachments, refer to clumps of solidified fats, oils,
and grease originating from the sewage infrastructure.

APPENDIX IV

**Attachment A**
Blue Water Baltimore Timeline of Events:  June, 2012 Harbor Sewage Spill

latex gloves), freshly killed eels, juvenile catfish, and other finned fish, and crabs climbing onto the shoreline.

- **10:55AM:**  David Flores (BWB) receives phone call from MDE field personnel requesting guidance for bacterial sampling of Harbor proposed for afternoon/evening of 6/6/12.

**Thursday June 7th, 2012**

- David Flores (BWB) receives report from citizen on Aliceanna St. who observed sewage discharge concentrated at marina across the street from Captain James restaurant on Wed. 6/6/12.  Individual indicates that he attempted to submit a report to City 311 by phone on Wednesday but was repeatedly rebuffed by the 311 dispatcher who refused to accept his report and indicated that she was instructed to read from a script asserting that Harbor pollution was resultant of Mahogany Tide and not sewage pollution.  Citizen persisted in his efforts to lodge complaint and succeeded in leaving his phone number with the dispatcher but was not issued a 311 SR tracking number.

APPENDIX IV

**ATTACHMENT B**
Blue Water Baltimore Photographic Evidence
June, 2012 Harbor Sewage Spill

## <u>Tuesday morning, June 5, 2012</u>

### *Wastewater debris and fish kill at Downtown Sailing Center*



Photo showing used condom in sewage-contaminated waters at the Downtown Sailing Center,
Baltimore MD

6

APPENDIX IV

**ATTACHMENT B**
Blue Water Baltimore Photographic Evidence
June, 2012 Harbor Sewage Spill



Photo showing used condom in sewage-contaminated waters at the Downtown Sailing Center, Baltimore MD

APPENDIX IV

**ATTACHMENT B**
Blue Water Baltimore Photographic Evidence
June, 2012 Harbor Sewage Spill



Photo showing tampon applicator embedded in "greaseball" (i.e. fragment of accumulated human- and vegetable-based fats, oils, and grease, typically formed within sanitary sewer infrastructure) located at shoreline adjacent to Downtown Sailing Center, Baltimore MD

9

APPENDIX IV

**ATTACHMENT B**
Blue Water Baltimore Photographic Evidence
June, 2012 Harbor Sewage Spill



Photo showing one of several tampon applicators located at shoreline adjacent to Downtown Sailing Center, Baltimore MD

APPENDIX IV

**ATTACHMENT B**
Blue Water Baltimore Photographic Evidence
June, 2012 Harbor Sewage Spill



Photo showing one of several tampon applicators and freshly-killed American eel at shoreline adjacent to Downtown Sailing Center, Baltimore MD

APPENDIX IV

**ATTACHMENT B**
Blue Water Baltimore Photographic Evidence
June, 2012 Harbor Sewage Spill



Photo showing greaseball in water at Downtown Sailing Center, Baltimore MD

31

APPENDIX IV

**ATTACHMENT B**
Blue Water Baltimore Photographic Evidence
June, 2012 Harbor Sewage Spill



Photo showing grey water at Downtown Sailing Center, Baltimore MD

33

APPENDIX IV

**ATTACHMENT B**
Blue Water Baltimore Photographic Evidence
June, 2012 Harbor Sewage Spill



Photo showing greaseball in water at Downtown Sailing Center, Baltimore MD

37

APPENDIX IV

**ATTACHMENT B**
Blue Water Baltimore Photographic Evidence
June, 2012 Harbor Sewage Spill



Photo showing greaseball on shoreline at Downtown Sailing Center, Baltimore MD

APPENDIX IV

ATTACHMENT C
Blue Water Baltimore Scientific Assessment
June, 2012 Harbor Sewage Spill

**Blue Water Baltimore Scientific Assessment of Water Quality Data and Physical Evidence**

**June, 2012 Harbor Sewage Spill**

Following initial observation of the suspected sewage discharge to the Northwest Branch Baltimore Harbor on the evening of Monday, June 4th, the Baltimore Harbor WATERKEEPER program (BHWK) of Blue Water Baltimore (BWB) deployed two subsequent water quality monitoring missions to collect water-quality data within the observed field of sewage-affected waters.

First, on the morning of Tuesday, June 5, 2012 BHWK collected water quality samples at two sampling sites on the Northwest Branch for third-party EPA-certified laboratory analysis of several recognized sewage pollution co-indicators, such as total nitrogen, total phosphorus, biological oxygen demand (BOD), and *Enterococcus* bacteria, as well as chlorophyll *a* in an effort to determine whether visual and olfactory observations supported the State's hypothesis that the incident was resultant of a localized algae bloom rather than a pollution discharge event.

The tables below summarize the data from this sampling mission.  The data results are supportive of the visual and olfactory observations of sewage-contaminated waters in that they demonstrate relatively-elevated levels of nutrients, BOD, and *Enteroccocus* bacteria.  Furthermore, the *Enterococcus* values exceed the State of Maryland's Body Contact Recreation standards for frequent and moderately-frequent contact.

**Pier Six**
12F0260-01 (Surface Water) Sampled: 06/05/2012 08:40; Type: Grab

| Analyte | Result | Reporting Limit | Units | Prepared | Analyzed | Analyst | Method | Notes |
|---|---|---|---|---|---|---|---|---|
| **Microbac Laboratories, Inc., Baltimore Division** | | | | | | | | |
| **Wet Chemistry** | | | | | | | | |
| BOD | 6.2 | 3.0 | mg/L | 060612 0840 | 061112 0710 | LCR | SM (20) 5210B | |
| Chlorophyll a | 11 | 2.7 | ug/L | 060612 1046 | 060712 0750 | PBK | SM 10200 H M | |
| Nitrogen, Total as N | 2.0 | 0.10 | mg/L | 060712 1400 | 060812 1021 | VAS | Calculation | |
| Nitrate/Nitrite as N | 0.20 | 0.050 | mg/L | 060712 0611 | 060712 0734 | VAS | EPA 353.2 | |
| Phosphorus, Total (as P) | 0.14 | 0.010 | mg/L | 060612 0900 | 060612 1210 | VAS | EPA 365.1 | |
| Total Kjeldahl Nitrogen | 1.8 | 0.10 | mg/L | 060712 1400 | 060812 1021 | VAS | SM(20)4500N-org/NH3-G | |
| **Microbiology** | | | | | | | | |
| Enterococcus | 200 | 1.0 | MPN/100 mL | 060512 1327 | 060612 1330 | JAT | Enterolert | |

*Table 1: Data results for samples collected from channel site off of Pier Six on 6/5/12, within the mixing zone of observed field of sewage discharge and the Harbor waters*

APPENDIX IV

**ATTACHMENT C**
Blue Water Baltimore Scientific Assessment
June, 2012 Harbor Sewage Spill

**Domino Sugar**
12F0260-02 (Surface Water) Sampled: 06/05/2012 09:00; Type: Grab

| Analyte | Result | Reporting Limit | Units | Prepared | Analyzed | Analyst | Method | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | **Microbac Laboratories, Inc., Baltimore Division** | | | | | |
| **Wet Chemistry** | | | | | | | | |
| BOD | 12 | 3.0 | mg/L | 060612 0845 | 061112 0715 | LCR | SM (20) 5210B | |
| Chlorophyll a | 11 | 2.7 | ug/L | 060612 1046 | 060712 0750 | PBK | SM 10200 H M | |
| Nitrogen, Total as N | 1.7 | 0.10 | mg/L | 060712 1400 | 060812 1031 | VAS | Calculation | |
| Nitrate/Nitrite as N | ND | 0.050 | mg/L | 060712 0611 | 060712 0737 | VAS | EPA 353.2 | |
| Phosphorus, Total (as P) | 0.14 | 0.010 | mg/L | 060612 0900 | 060612 1212 | VAS | EPA 365.1 | |
| Total Kjeldahl Nitrogen | 1.7 | 0.10 | mg/L | 060712 1400 | 060812 1031 | VAS | SM(20)4500N-org/NH3-G | |
| **Microbiology** | | | | | | | | |
| Enterococcus | 330 | 1.0 | MPN/100 mL | 060512 1327 | 060612 1330 | JAT | Enterolert | |

*Table 2: Data results for samples collected from channel site off of Domino Sugars on 6/5/12, within the observed field of sewage discharge*

Second, on the morning of Wednesday, June 6, 2012 BHWK implemented its regular weekly water quality monitoring program on the Northwest Branch.  At this time, BHWK observed suspected sewage contamination (i.e. grey discoloration and turbidity, sewage smell, used condoms, etc.) at several sampling stations located at Harborview, Rusty Scupper, Harbor East, and the Channel off of Domino Sugars (i.e. BML-13, BML-15, BML-16, BML-21, and BML-23).  *Enterococcus* bacteria counts for each of the five stations exceeded the State of Maryland's Body Contact Recreation standards for frequent bodily contact (>104 MPN/100mL).  Statistical analysis, using over two years worth of data for each station, found abnormally-elevated levels for dry-weather conditions. This was despite extreme observed ranges for dry- and wet-weather conditions as noted by Mr. Rudy Chow (DPW).

Dr. Wolf Pecher, an environmental microbiologist working in the field of bacterial source tracking, and Dr. Stanley Kemp, a stream ecologist, are both members of the Blue Water Baltimore Science and Technical Advisory Committee.  Pursuant to the investigation of this sewage pollution incident, both Dr. Pecher and Dr. Kemp performed statistical analyses of the *Enterococcus* bacteria data pertaining to each of the five sampling stations, using two different methods of statistical analysis to assess the relationship of the bacteria counts and precipitation data to the sampling results from June 6, 2012.

Generating a second order regression of the relationship between bacteria counts and hours since last precipitation, Dr. Kemp determined that bacteria levels for three of the five stations, BML-16, BML-21, and BML-23, fell above the upper 95% confidence interval of the regression, indicating abnormally-elevated levels of bacterial contamination.  Similarly, Dr. Pecher analyzed the relationship between bacteria levels and precipitation with a Student's t-distribution and determined, utilizing a generalized Extreme Studentized Deviate (EDS) test, statistically outlying data pertaining to June 6th for three of five stations analyzed, BML-15, BML-16, and BML-23.

APPENDIX IV

**ATTACHMENT C**
Blue Water Baltimore Scientific Assessment
June, 2012 Harbor Sewage Spill

# BML- 16 - time since last precipitation vs bacterial count



*Figure 1: Semilog plot of second-order regression of bacterial counts versus time since last precipitation. Second order regression (solid line) and 95% confidence intervals (dashed line) are shown for BML-16. Data point collected during event (6/6/12) is highlighted.*

APPENDIX IV

**ATTACHMENT C**
Blue Water Baltimore Scientific Assessment
June, 2012 Harbor Sewage Spill

# BML- 15 - time since last precipitation vs bacterial count



*Figure 1: Semilog plot of second-order regression of bacterial counts versus time since last precipitation. Second order regression (solid line) and 95% confidence intervals (dashed line) are shown for BML-15. Data point collected during event (6/6/12) is highlighted.*

APPENDIX IV

**ATTACHMENT C**
Blue Water Baltimore Scientific Assessment
June, 2012 Harbor Sewage Spill

## BML- 23 - time since last precipitation vs bacterial count



*Figure 1: Semilog plot of second-order regression of bacterial counts versus time since last precipitation. Second order regression (solid line) and 95% confidence intervals (dashed line) are shown for BML-23. Data point collected during event (6/6/12) is highlighted.*

APPENDIX IV

**ATTACHMENT C**
Blue Water Baltimore Scientific Assessment
June, 2012 Harbor Sewage Spill

# BML- 21 - time since last precipitation vs bacterial count



*Figure 1: Semilog plot of second-order regression of bacterial counts versus time since last precipitation. Second order regression (solid line) and 95% confidence intervals (dashed line) are shown for BML-21. Data point collected during event (6/6/12) is highlighted.*

6

**ATTACHMENT C**
Blue Water Baltimore Scientific Assessment
June, 2012 Harbor Sewage Spill

# BML- 13 - time since last precipitation vs bacterial count



*Figure 1: Semilog plot of second-order regression of bacterial counts versus time since last precipitation. Second order regression (solid line) and 95% confidence intervals (dashed line) are shown for BML-13. Data point collected during event (6/6/12) is highlighted.*

7

APPENDIX IV

**ATTACHMENT C**
Blue Water Baltimore Scientific Assessment
June, 2012 Harbor Sewage Spill

| | | Sites | | | | |
| | | BML-13 | BML-15 | BML-16 | BML-21 | BML-23 |
| Date | h after precipitation | Enterococci counts (MPN/100 ml) | Enterococci counts (MPN/100 ml) | Enterococci counts (MPN/100 ml) | Enterococci counts (MPN/100 ml) | Enterococci counts (MPN/100 ml) |
|---|---|---|---|---|---|---|
| Jul 17, 2009 | 371 | 2 | 700 | 2 | | |
| Nov 6, 2009 | 116 | 50 | 14 | 4 | | |
| Dec 11, 2009 | 49 | 8,000 | 90 | 110 | | |
| Jun 1, 2011 | 96, 240* | 30 | 10 | 10 | 20 | 10 |
| Jul 6, 2011 | 48 | 30 | 30 | 10 | 50 | 60 |
| Sep 14, 2011 | 48 | 60 | 200 | 20 | 80 | 10 |
| Nov 3, 2011 | 48 | 20 | 340 | 20 | 90 | 30 |
| Apr 4, 2012 | 57 | 1 | 30 | 1 | 20 | 30 |
| Apr 18, 2012 | 393 | 20 | 100 | 20 | 1,570 | 50 |
| May 2, 2012 | 168 | 20 | 260 | 60 | 90 | 40 |
| Jun 6, 2012 | 130 | 130 | 110 | 210 | 200 | 310 |
| | Average: | 760.3 | 171.3 | 42.5 | 265.0 | 67.5 |
| | $s$: | 2,401.41 | 205.63 | 64.34 | 530.36 | 99.53 |

*Raw data indicated either sampling 96h after a precipitation event or 240h (italics)

**Table 3.** Enterococci counts (MPN/100 ml) observed 48h or more after a precipitation event. Underlined counts are considered outliers (generalized extreme Student deviation (Rossner, 1983), P<0.05).

In sum, sampling stations BML-16 (i.e. Rusty Scupper Marina) and BML-23 (Harbor East Marina) were determined to have abnormally-elevated *Enterococcus* counts using two rigorous methods of statistical analysis while sampling stations BML-21 (i.e. Harborview Marina) and BML-15 (i.e. Harborview) were also determined to be statistical outliers by one of the two described methods. We feel strongly that this statistical analysis indicating abnormally-elevated fecal contamination and other co-indicators, supported by elevated levels of Ammonia-nitrogen (>0.3 mg/L) observed by City DPW on 6/5/12 and 6/6/12 and visual observations and photo-documentation of physical evidence by BHWK staff, demonstrate highly-probable documentation of a large-scale discharge of sewage contamination to the Baltimore Harbor between Friday 6/2/12 and Wednesday 6/6/12.

APPENDIX IV

**Baltimore Harbor Waterkeeper Fact Sheet**

**February 22, 2013**

**Herring Run Paired Sewer Stack SSOs**

- Baltimore Harbor Waterkeeper/Blue Water Baltimore ("BWB") staff has observed and reported numerous SSO events at paired sewer stacks on the Herring Run, adjacent to the Herring Run Trail between Harford Road and Belair Road, for several years.
- More recently BWB has reported overflows on 5/18/12, reported to Baltimore City 311 (SR# 12-00352901) and 10/28/12 through 10/31/12, reported to Baltimore City 311 (SR# 823585 and SR# 833872).
- Baltimore City DPW reported an estimated 8,100 gallon total loss corresponding to the continuous overflow from both sewer stacks between 10/28/12 (2:30PM) and 10/31/12 (2:30PM).
- As a point of reference, a flow-rate of 1.875 gal/minute, which corresponds to the Baltimore City's reported estimate of 8,100 gallons total for the minimum three day overflow event, is roughly equivalent to the flow-rate of a drinking water fountain.
- Photo- and video-documentation collected by BWB staff and volunteers on both 10/28/12 and 10/31/12 demonstrate that the overflow event resulted in total loss far greater than 8,100 gallons. (http://www.flickr.com/photos/thayeray/sets/72157631891857493/with/8140150340/)
- BWB requested an explanation from Baltimore City DPW and MDE on 12/12/12. As of 2/22/13, Baltimore City DPW has not provided an explanation of their flow estimate for the 10/28-10/31/12 sewer overflow.



10/31/12

APPENDIX V



10/31/12

APPENDIX V

**David Flores**

| | |
|---|---|
| From: | Sharon Talley [stalley@mde.state.md.us] |
| Sent: | Friday, February 22, 2013 1:55 PM |
| To: | Jones-Dove, Arthur J. |
| Cc: | Chow, Rudy; allison graham |
| Subject: | RE: Baltimore City SSO reports |
| | |
| Follow Up Flag: | Flag for follow up |
| Flag Status: | Flagged |

Hi Arthur- Please advise if the requested information has been completed and forwarded to MDE. I have not seen updated reports or the method of calculation used for the Chesterfield Avenue overflows. Please feel free to contact me if you have additional questions.

Here's the summary of the initial request:

1. 24-hr report missing for the SSO that occurred on 12/29/12 at Harford and Park Side Drive- 13,635 gallons reported.

2. 5 -day reports missing for the SSOs that occurred on 8/14/11 Back River WWTP (2,400,000 gals.) and 10/16/11 4708 Hamilton (1,340 gals.)

3. We have also received two (5) day reports for the same incident that occurred on 12/15/12 at 102 East 25th Street. There is one report of 308 gals. discharged from 4:56 to 7:30 pm and another report for the same incident that indicates a total volume of 125 gals. discharged from 4:45 to 7:20 pm. Both reports are signed by Ronald McNair.

In addition, concern has been expressed regarding the volume of sewage reportedly discharged during the three day incident that occurred 10/28/12 through 10/31/12 at Chesterfield Avenue. The total volume was reported as 8,100 gallons. Has the City conducted further evaluations to ensure that the volume reported is accurate? Please advise if this number is accurate and provide the method of calculation.


*Sharon Talley*
*Enforcement Manager*
*Compliance Program*

*Maryland Department of the Environment*
*1800 Washington Blvd.*
*Baltimore, MD 21230*
*Telephone: (410) 537-3979*
*Fax: (410) 537-3733*

>>> "Jones-Dove, Arthur J." <Arthur.Jones-Dove@baltimorecity.gov> 1/11/2013 9:28 AM >>>

Sharon-

Happy New Year. I will follow up with the maintenance division to get your answers addressed immediately. Thanks.


**Arthur Jones-Dove, MBA, CCM, PMP, PgMP, P.E.**
Associate Vice President | Water Services

APPENDIX V

MWH/LBWS Joint Venture-Deputy Program Manager

Project 1112 - Baltimore City Consent Decree Program Management

Phone: 410.396.1461

Facsimile: 410.396.5210

Mobile: 202-821-9637

Email: Arthur.jones-dove@baltimorecity.gov; adove@louisberger.com

THE Louis Berger Group, INC.

www.louisberger.com

*Solutions for a Better World*

This message, including any attachments hereto, may contain privileged and/or confidential information and is intended solely for the attention and use of the intended addressee(s). If you are not the intended addressee, you may neither use, copy, nor deliver to anyone this message or any of its attachments. In such case, you should immediately destroy this message and its attachments and kindly notify the sender by reply mail. Unless made by a person with actual authority conferred by The Louis Berger Group, Inc., (LBG) the information and statements herein do not constitute a binding commitment or warranty by LBG. LBG assumes no responsibility for any misperceptions, errors or misunderstandings. You are urged to verify any information that is confusing and report any errors/concerns to us in writing.

**From:** Sharon Talley [mailto:stalley@mde.state.md.us]
**Sent:** Friday, January 11, 2013 9:23 AM
**To:** Jones-Dove, Arthur J.
**Cc:** Arno Laud; Carol Coates; Larry Schultz; Bill Lee
**Subject:** Baltimore City SSO reports

Happy New Year Arthur- We are missing the following SSO related reports and request your assistance:

1. 24-hr report for the SSO that occurred on 12/29/12 at Harford and Park Side Drive- 13,635 gallons reported.

2. 5 -day reports for the SSOs that occurred on 8/14/11 Back River WWTP (2,400,000 gals.) and 10/16/11 4708 Hamilton (1,340 gals.)

3. We have also received two (5) day reports for the same incident that occurred on 12/15/12 at 102 East 25th Street. There is one report of 308 gals. discharged from 4:56 to 7:30 pm and another report for the same incident that indicates a total volume of 125 gals. discharged from 4:45 to 7:20 pm.  Both reports are signed by Ronald McNair.

In addition, concern has been expressed regarding the volume of sewage reportedly discharged during the three day incident that occurred 10/28/12 through 10/31/12 at Chesterfield Avenue.  The total volume was reported as 8,100 gallons.  Has the City conducted further evaluations to ensure that the volume reported is accurate?  Please advise if this number is accurate and provide the method of calculation.

APPENDIX V

Lastly, MDE continues to receive reports that are difficult to read.  Please remind the individuals responsible for providing notice that the reports must be legible.

Arthur, thank you in advance for your cooperation and please feel free to contact me if you wish to discuss these issues further.

Thanks again

*Sharon Talley*
*Enforcement Manager*
*Compliance Program*

*Maryland Department of the Environment*
*1800 Washington Blvd.*
*Baltimore, MD 21230*
*Telephone: (410) 537-3979*
*Fax: (410) 537-3733*

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank You

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank You

APPENDIX V

**David Flores**

| | |
|---|---|
| From: | Sharon Talley [stalley@mde.state.md.us] |
| Sent: | Thursday, January 17, 2013 11:52 AM |
| To: | David Flores; Schultz, Larry |
| Cc: | Chow, Rudy; Coates, Carol; Foxx, Al; Graham, Allison; Debra Lenik; Lindquist, Adam; Lyons, Dave; Tina Meyers; Muldowney, Christine; Rivera.Nina@epamail.epa.gov; Robert, Curran; Sakai, Jay; Schwartz, Laurie; Shapiro, Art; Summers, Bob; Halle VanDerGaag; Young, Thayer; mcguigan.david@epa.gov; price-fay.michelle@epa.gov |
| Subject: | RE: David Flores, Blue Water Baltimore RE: Fwd: P17: SSO        information |

Mr. Flores- MDE acknowledges receipt of your e-mail and has contacted Baltimore City regarding your concerns. Please feel free to contact me if you have any additional questions.


*Sharon Talley*
*Enforcement Manager*
*Compliance Program*

*Maryland Department of the Environment*
*1800 Washington Blvd.*
*Baltimore, MD 21230*
*Telephone: (410) 537-3979*
*Fax: (410) 537-3733*

>>> David Flores <dflores@bluewaterbaltimore.org> 1/16/2013 2:13 PM >>>
Mr. Schultz and Ms. Talley ---

The purpose of this email is to confirm receipt of the below forwarded message, which was originally emailed on 12/12/12.

We hope to receive a response to our request for an explanation of the disparity between Baltimore City DPW's reported estimate and the photo- and video-documentation of the SSO incident.

Thank you for your attention and consideration.

Sincerely,

David G. F. Flores
Water Quality Manager
Baltimore Harbor WATERKEEPER Program
**Blue Water Baltimore**
3545 Belair Road
Baltimore, Maryland 21213
dflores@bluewaterbaltimore.org
410.254.1577 ext. 108 (Office)
443.872.8574 (Fax)
443.908.0696 (Field/Pollution Reporting Hotline)

---

**From:** David Flores
**Sent:** Wednesday, December 12, 2012 4:02 PM
**To:** Larry Schultz; stalley@mde.state.md.us; nguyen@emailmail.epa.gov

APPENDIX V

**Cc:** Debra Lenik; Christine Muldowney; Curran Robert; Tina Meyers; 'Allison Graham'; 'Rivera.Nina@epamail.epa.gov'; 'mcguigan.david@epa.gov'; 'price-fay.michelle@epa.gov'; Foxx, Al; Shapiro, Art; Halle VanDerGaag; 'Chow, Rudy'; 'bsummers@mde.state.md.us'; 'jsakai@mde.state.md.us'; 'Thayer Young'

**Subject:** Fr: David Flores, Blue Water Baltimore RE: Fwd: P17: SSO information

Mr. Schultz and Ms. Talley ---

Thank you for following up with Mr. Young with regards to the SSO reported on the Herring Run at Chesterfield Ave, which occurred on 10/28/12 (2:30PM) through 10/31/12 (2:30PM).

Our staff also surveyed the SSO on 10/31/12 and collected extensive photo-documentation. We have attached a selection of these photos to this email, which illustrate the same magnitude of flow that Mr. Young documented and observed in the previous two days of the overflow incident.

As a point of reference, a flow-rate of 1.875 gal/minute, which corresponds to the City's reported estimate of 8,100 gallons total for the minimum three day overflow incident, is roughly equivalent with the flow-rate of a drinking water fountain. I expect that the attached photodocumentation, in addition to Mr. Young's photo- and video-documentation (viewable here), satisfactorily illustrates that the actual rate of the sewage discharge was indeed of a much greater magnitude than that reported by Baltimore City's consultants, pursuant to the City's Consent Decree reporting requirements.

If you could let us know how the 8,100 gallon flow was calculated and whether it is consistent with the photo and video documentation, we'd appreciate it. We have cc-ed various contacts at the City, MDE, and EPA Region 3 in case they have any insight into this process. Thank you for your attention and consideration.

Sincerely,

David G. F. Flores
Water Quality Manager
Baltimore Harbor WATERKEEPER Program
**Blue Water Baltimore**
3545 Belair Road
Baltimore, Maryland 21213
dflores@bluewaterbaltimore.org
410.254.1577 ext. 108 (Office)
443.872.8574 (Fax)
443.908.0696 (Field/Pollution Reporting Hotline)

**From:** Thayer Young [mailto:thayeray@yahoo.com]
**Sent:** Wednesday, December 12, 2012 12:53 PM
**To:** Larry Schultz; stalley@mde.state.md.us; nguyen@emailmail.epa.gov
**Cc:** David Flores; Debra Lenik; Christine Muldowney; Curran Robert
**Subject:** Re: Fwd: P17: SSO information

Mr Schultz and Ms Talley,

Thank you for following up on the SSO into the Baltimore City portion of the Herring Run near Chesterfield & Cardenas Avenues from 10/28/2012 - 10/31/2012 (311 SR#'s 12-00823585 and 12-00833872). Mr Schultz wrote to inform me that the City of Baltimore's estimate of the overflow is 8,100 gallons. I believe this estimate to be low, and possibly an issue of a miscalculated units. My estimate is more on the order of 2 gallons per second. The City estimated 2 gallons per minute. We agree on the total time of the overflow. I am attaching a copy of the video that I took at 1:30 pm on 10/30/2012 of the active overflow. Below is a link

APPENDIX V

to the Flickr page where I have posted the video, along with pictures and a description of how I made the calculations that get me to a total of 1 million gallons.

http://www.flickr.com/photos/thayeray/sets/72157631891857493/with/8140150340/

I am also copying this message to some people at Blue Water Baltimore(BWB).  My understanding is that BWB also observed the overflow and took their own video and pictures of the event.  Hopefully they can supply you with their version also to aid you in verifying the City's calculations.

-Thayer Young
3128 Berkshire Rd
Baltimore, MD 21214
t: 410-426-0590
c: 443-934-2119
e: thayeray@yahoo.com

---

**From:** Larry Schultz <LSchultz@mde.state.md.us>
**To:** thayeray@yahoo.com
**Sent:** Wednesday, December 12, 2012 7:58 AM
**Subject:** Fwd: P17: SSO information

----- Forwarded Message -----

Good morning Mr. Thayer. Please see attached response from Mr. Shapiro, Balto. City DPW addressing the sewage overflow reports (311 SR#'s 12-00823585 and 12-00833872). Baltimore City reported a loss of 8,100 gallons of sewage into Herring Run. Please call me at 410-537-4020 to discuss the event.

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank You
Sharon-
Sorry for the late response, hope you had a great Thanksgiving. The SSO report for Chesterfield and Evans Way were not attached, but I have attached the SSO reports, I believe you are referencing.  Chesterfield is one report that is calculated as ongoing from 10/28 thru 10/31/12. For Evans Way the City Maintenance Division, visited the site and pumped down the manhole to identify the source of the problem and after coordinating with engineering and reviewing the records it was determined that the problem was on private property.  Please do not hesitate to contact us if you have any further questions or concerns.
**Arthur Jones-Dove, MBA, CCM, PMP, PgMP, P.E.**
Associate Vice President | Water Services

MWH/LBWS Joint Venture-Deputy Program Manager
Project 1112 - Baltimore City Consent Decree Program Management

Phone: 410.396.1461
Facsimile: 410.396.5210
Mobile: 202-821-9637
Email: Arthur.jones-dove@baltimorecity.gov; adove@louisberger.com

APPENDIX V

THE Louis Berger Group, INC.

www.louisberger.com

*Solutions for a Better World*

This message, including any attachments hereto, may contain privileged and/or confidential information and is intended solely for the attention and use of the intended addressee(s). If you are not the intended addressee, you may neither use, copy, nor deliver to anyone this message or any of its attachments. In such case, you should immediately destroy this message and its attachments and kindly notify the sender by reply mail. Unless made by a person with actual authority conferred by The Louis Berger Group, Inc., (LBG) the information and statements herein do not constitute a binding commitment or warranty by LBG. LBG assumes no responsibility for any misperceptions, errors or misunderstandings. You are urged to verify any information that is confusing and report any errors/concerns to us in writing.

**From:** Sharon Talley [mailto:stalley@mde.state.md.us]
**Sent:** Friday, November 16, 2012 10:48 AM
**To:** Jones-Dove, Arthur J.
**Cc:** Carol Coates; Larry Schultz
**Subject:** SSO information

Hi Arthur- MDE has been unable to locate SSO reports for 2 SSOs reported to the City that occurred in  Herring Run Park (311 SR # 12-00823585 and 12-00833872).  According to information from an eyewitness, the overflows occurred from two sewer stacks directly into the Herring Run near the corner of Chesterfield and Cardenas Avenues in Baltimore City .  The overflow was first discovered during dry weather at 2:30 PM on 10/28/2012 and reported to 311 as SR #12-00823585 at 10/28/2012 3:52:53 PM.  The overflow was stopped by 2:30 PM on 10/31/2012.

Also, MDE conducted an inspection in response to overflows that occurred at the Armistead Gardens Community.  A copy of the inspection report is attached, but there seems to be confusion regarding the collection system maintenance responsibility. This does not include the house to street lateral connections. Armistead Homes Corporation provided recorded Deed and Deed Agreement documents indicating Baltimore City is the responsible party for the collection system within Armistead Gardens Community, not including the house to street lateral connections.

The inspector for this incident has been in contact with Mr. Shapiro, Chief of Maintenance (?) but any assistance that you can provide is appreciated.

Thank you!

*Sharon Talley*
*Enforcement Manager*
*Compliance Program*

*Maryland Department of the Environment*
*1800 Washington Blvd.*
*Baltimore, MD 21230*
*Telephone: (410) 537-3979*
*Fax: (410) 537-3733*

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank You

APPENDIX V

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank You

APPENDIX V

# 1800 S. Clinton Street
# Flooding & Sewer Backup

## 2009 - 2012

APPENDIX VI

# 1800 S. Clinton Street
# Flooding & Sewer Backup

- Raw sewage and storm water flood street and businesses every time there is a heavy rain
- Raw Sewage is running into the harbor
- Caused over $200k in damages
- Created health issues for employees
- City has not corrected the issue after numerous attempts over the past 4 years

APPENDIX VI

# 1800 S. Clinton Street
# Flooding & Sewer Backup

## Correspondence



Kevin J. Pascale
Direct Dial Number: (410) 727-6677
kpascale@rosenbergmartin.com

September 6, 2012

<u>VIA FIRST CLASS MAIL</u>

Dawn S. Letman, Esquire
Assistant City Solicitor
City of Baltimore, Department of Law
101 City Hall
Baltimore, Maryland 21202

    *Re:*   *Flooding and Sewer Back-Up of 1800 S. Clinton Street*

Dear Ms. Letman:

This letter will respond to your letter dated August 7, 2012 and, specifically, is intended to bring additional information to light. Since your letter, my client has again suffered considerable property damage as a result of the City's inability or unwillingness to address the deficiencies to its storm water management and sanitary sewer systems that serves the vicinity of 1800 South Clinton Street. In particular, on August 26, 2012, an enormous amount of water and human waste spilled out of the City's storm water and sanitary sewer system flooding my client's commercial property as well as another large building located at 1800 South Clinton Street.

To characterize this and prior incidents as "occasional", as your letter did, either ignores the frequency of the events or misunderstands the enormity of their impact on businesses located along South Clinton Street. Moreover, while you have acknowledged the flooding condition of the City's storm water system, your letter does not address the fact that raw sewage is shooting three feet in the air directly from a City sanitary sewer line that then enters my client's buildings and discharges directly into the Baltimore Harbor. We have previously provided the City with dramatic video evidence of this condition and have more videos if you care to review them.

Further, while you note that the City could not find any evidence that the City's storm drains were obstructed, this observation, if true, does not address the distinct possibility that the storm water system is under designed for the drainage field that it serves. The City has been promising corrective action to improve the flow through the public storm drain system for many, many months. We were originally promised that the modifications would be started this spring. It is now the end of summer and we still see no corrective activity. The City's delays, inaction and simple inability to understand its own storm water management and sewer system has cost my client many, many, many hundreds of thousands of dollars, potentially exposes it to additional damages and, most importantly, has exposed City residents and businesses to substantial health hazards that could have easily been avoided. In fact, two of my client's employees have sought medical treatment as a direct result of exposure to these unsanitary conditions.

Dawn S. Letman, Esquire
September 6, 2012
Page 2

With respect to the "24" private storm drain beneath its property" you refer to, during the various conference calls with the City I was advised that no one knows the purpose of this line. I was told that it originally was installed by a smelting plant located somewhere to the east of the neighborhood for the purpose of pulling water out of the harbor for use in the manufacturing process. At some point in time, no one is sure when, the flow was reversed but it is still not known how it is being put to use, if at all. My client does not own the line and it predates by many, many years the current use of the property.

I was also advised that during its field inspections the City could not locate any intake inlets that would allow storm water to enter that line so it follows that, even if it was backed up or obstructed, there would be no place for water to exit into the street in the 1800 block of Clinton Street contributing to the flooding. If this line is illegally discharging water into Clinton Street, it is the City's responsibility to address the situation. Moreover, the "private line" could not cause the City's sewer system to charge into the street unless it also tied into the City's sanitary sewer system, which is another reason why this condition is the City's responsibility.

During my various conference calls with Azzam Ahmad and Wazir Qadri, they both acknowledged that they could not understand why the sewer system would be charging and overflowing into the street, but acknowledged that it could only occur if the City's storm water system was somehow entering the City's sanitary sewer main. I have personally been involved with this situation for almost two years and my client has been attempting to resolve the condition for almost four years without any tangible results. The City's failure to maintain and/or correct its defective storm water and sanitary sewer system continues to cause my client to incur substantial damages, incur exposure to serious health risks and must be immediately corrected by the City.

My client reserves all its rights it has against the City relating to this matter.

Very truly yours,

Kevin J. Pascale

KJP/lah

cc:   Sandra Gutman, Esquire
      1800 S. Clinton Street, LLC

4840-6593-1280. v. 1

**APPENDIX VI**

# 1800 S. Clinton Street
# Flooding & Sewer Backup

Photos

2012

APPENDIX VI



APPENDIX VI



Photo courtesy of Baltimore Marine Center:  Sanitary Sewer Overflow onto 1800 S. Clinton Street, Baltimore, MD on October 29, 2012 at 2:03pm (beginning of overflow).

APPENDIX VI



Photo courtesy of Baltimore Marine Center:  Sanitary Sewer Overflow onto 1800 S. Clinton Street, Baltimore, MD on October 29, 2012 at 4:16pm (end of overflow).  Event lasted two hours and thirteen minutes.

APPENDIX VI