# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAYOR AND CITY COUNCIL OF BALTIMORE, MARYLAND,<br><br>Defendant. | Civil Action No. JFM-02-1524 |

### AFFIDAVIT OF WAZIR QADRI

1. I am over the age of eighteen and competent to testify to the matters stated herein.

2. I have been employed by the City of Baltimore Department of Public Works ("Department") since August 1990. Currently I am the Chief of Wastewater Engineering Office (Engineering Supervisor) within the Department's Bureau of Water and Wastewater, and I have been in this position since April 2004.

3. I previously held the positions of Engineer I, Engineer II, and Engineer III in the Department's Bureau of Water and Wastewater.

4. Since 2002 I have been involved all aspects of compliance with the Consent Decree, including project management and costs incurred.

5. The following spreadsheet was prepared under my direction and shows the status and costs of completed projects and projects currently in progress that comply with paragraphs 8 and 9 of the Consent Decree.

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

8/27/13
Date

_____
Wazir Qadri
Chief of Wastewater Engineering
Bureau of Water and Wastewater

7041655-v1

1

APPENDIX 1
STATUS OF PARAGRAPH 8 CONSTRUCTION PROJECTS
As of June 30, 2013

| PROJ. ID NO. | PROJECT | DESCRIPTION AND REMARKS | DATE CONSTRUCTION CONTRACT ADVERTISED | DATE OF PRACTICAL COMPLETION | DATE SSO STRUCTURES ELIMINATED | SSO/CSO STRUCTURES ELIMINATED | STATUS | Total Estimated Cost (Million $) **** |
|---|---|---|---|---|---|---|---|---|
| | UPPER JONES FALLS SEWERSHED | | | | | | | |
| 1 | Western Run Interceptor (JPI Branch) Sanitary Contract Nos. 760 & 789 | 1. Install approximately 880 linear feet of 30-inch parallel relief sewer from JPIB49 to JPI10 (along JPI90A-JPI94) (SC760) 2. Install approximately 9,400 linear feet of 21- to 24-inch parallel relief sewer from JPI20 to JPI65 (SC789) 3. Rehabilitate approximately 3,300 linear feet of existing 18-inch sewer from JPI07 to JPI20 (SC789) | June 30, 2002 | June 30, 2004 | June 30, 2005 | Eliminates SSO nos. 21, 22, 23, 24 and 29 | Complete | $8.95 |
| 2 | Upper Jones Falls Interceptor (North & South of Pepsi Cola Plant) Sanitary Contract Nos. 772 & 824 | 1. Rehabilitation of approximately 1,800 linear feet of existing 42- to 48-inch sewer located between JP01 (Mt. Washington Flume) and JP10, and approximately 6,570 linear feet of 48- to 60-inch sewer located between JP42 and the JP70. Replacement of approximately 1,900 linear feet of 48" sewer between JP10 and JP18, and approximately 1,550 linear feet of 60" sewer between JP70 and the Jones Falls Pumping Station (SC 772). 2. Replacement of approximately 7,080 linear feet of 48-inch sewer between JP18 and JP42 (SC 824). 3. Manhole and stream bank restoration. | June 30, 2004 | December 27, 2006 | 12/30/2008 ** | Eliminates SSO Nos. 33 and 34 | SC 772- Practical Completion was achieve on June 30, 2006. SC 824 - Construction Phase** Letter sent to MDE and EPA on 6-25-07 requesting an extension of the SSO elimination date to December 2008. MDE response letter approving extension was received on September 5, 2007. Eliminated SSO Nos 33 and 34 on 12/10 and 12/23/08, respectively. | $36.21 |
| 3 | New Jones Falls Force Main/Pressure Sewer - Lower Section and Valves improvements of existing force/pressure sewer Sanitary Contract Nos. SC779 & SC805 | 1. Replacement of approximately 1600 linear feet of force main/pressure sewer in Broadway from Oliver to East Chase Street connecting to High Level sewer (SC 779) 2. Improvements to gate valves, blow-off valves and air release valves for existing force main/pressure sewer (SC 805) | December 30, 2002 | June 30, 2004 | 6/30/2005 - SEE STATUS | Contributes to elimination of SSO No. 5 | SSO No. 5 cannot be eliminated until projects 4 and 5 are completed. | $7.43 |
| 4 | Jones Falls Pumping Station Force Main/Pressure Sewer Sanitary Contract No. 800 | Upgrade existing force mains/pressure sewer to handle increased flows from rehabilitated/upgraded Jones Falls Pumping Station as well as additional flows from possible future pumping stations in Stony Run and along the JGA branch | June 30, 2005 | 12/29/2007** | May 2,2008 | Contributes to elimination of SSO No. 5 | Construction Phase** Letter sent to MDE and EPA on 6-11-07 requesting additional 90 day practical completion extension to December 2007. MDE response letter approving additional extension received September 5, 2007. Letter sent to MDE and EPA on 12/17/07 requesting additional 60 day extension for pratical completion. Practical completion occured on 1/23/08. Extension request approval granted by MDE in a letter dated April 15, 2010. Awaiting response from EPA. | $36.73 |

Note: Shaded date cells indicate completion.

APPENDIX 1
STATUS OF PARAGRAPH 8 CONSTRUCTION PROJECTS
As of June 30, 2013

| PROJ. ID NO. | PROJECT | DESCRIPTION AND REMARKS | DATE CONSTRUCTION CONTRACT ADVERTISED | DATE OF PRACTICAL COMPLETION | DATE SSO STRUCTURES ELIMINATED | SSO/CSO STRUCTURES ELIMINATED | STATUS | Total Estimated Cost (Million $) **** |
|---|---|---|---|---|---|---|---|---|
| 5 | Jones Falls Pumping Station Sanitary Contract No. 822 | Upgrade existing pumping station to handle at least 50 mgd | December 30, 2005 | 12/29/2007** | June 30, 2008 | Eliminates SSO No. 5 | Construction Phase** Letter sent to MDE and EPA on 6-11-07 requesting additional 90 day practical completion extension to December 2007. MDE response letter approving additional extension received September 5, 2007. Beneficial Occupancy achieved 11/16/07. | $13.02 |
| 6 | Elimination of Collection System Overflows in Upper Jones Falls Sewershed Sanitary Contract No. 876 | Assess hydraulics and design improvements to areas adjacent to overflows | Existing on-call contract | June 30, 2003 | June 30, 2004 | Eliminates SSO Nos. 20, 31, 32 and 36 | Complete | $1.67 |
| **LOWER JONES FALLS SEWERSHED** | | | | | | | | |
| 7 | Lower Jones Falls Interceptor (Upper Portion of Gravity Mainline) Sanitary Contract Nos. 773 & 818 | 1. Install approximately 7,900 linear feet of 18- to 24-inch parallel relief sewer from JG030 (near Jones Falls Pumping Station) to JG061 (at the connection of the JGE branch) (SC818) 2. Rehabilitation of approximately 16,500 linear feet of existing sewer ranging from 12- to 50-inch (SC773) 3. Inverted siphon rehabilitation in Falls Road (manhole JG062) (SC773) 4. Stream bank restoration along Union Avenue near Meadow Mills at Woodberry | July 31, 2003 | June 30, 2006 | 2/28/10*** | Eliminates SSO No. 67 | Post Construction Monitoring Phase. Monitoring period is extended at one site. | $13.65 |
| 8 | Stony Run Interceptor and Pumping Station (JGF Branch)** Sanitary Contract No. 819, 838, 839 & 847 | 1. Construct a 20 mgd capacity pumping station near Department of Public Works Solid Waste Site near the intersection of 29th Street and Sisson Street. 2. Install approximately 1,200 linear feet of 24-inch force main from new pumping station to JFPS pressure sewer [length depends on location of pumping station] 3. Parallel approximately 10,800 linear feet of existing sewer from south of Coldspring Lane (JGF48) to the new pumping station with 18 to 36-inch sewer | December 30, 2005 (SC-819 & 838) June 30, 2006 * (SC-839 & 847) | 5/31/2009*** | 2/28/10*** | Contributes to elimination of SSO No. 72; eliminates SSO No. 129 | Practical completion was acheived on May 29, 2009 for the lower portion of the Stony Run interceptor (SC - 839). Non-CD portion of the project is nearly complete. Flow monitor installed at new Stony Run Pump Station on August 26, 2009. The City submitted an extension request to EPA and MDE for SSO 67 and 72 dated February 16, 2010 requesting an extension to February 28, 2011. The City further submitted another extension letter dated February 15, 2011 requesting an extension to June 29, 2019 to allow for adequate time for the City to complete the hydraulic restriction project at the BR-WWTP, which the City believes is a major contributor to not being able to eliminate these SSOs. | $76.23 |

Note: Shaded date cells indicate completion.

**APPENDIX 1**
**STATUS OF PARAGRAPH 8 CONSTRUCTION PROJECTS**
As of June 30, 2013

| PROJ. ID NO. | PROJECT | DESCRIPTION AND REMARKS | DATE CONSTRUCTION CONTRACT ADVERTISED | DATE OF PRACTICAL COMPLETION | DATE SSO STRUCTURES ELIMINATED | SSO/CSO STRUCTURES ELIMINATED | STATUS | Total Estimated Cost (Million $) **** |
|---|---|---|---|---|---|---|---|---|
| 9 | Maryland Avenue Interceptor (JGB Branch) Sanitary Contract No. 799 | 1. Replace (upsize) approximately 4,400 linear feet of existing 12- to 24-inch sewer with new 21- to 36-inch sewer along branch interceptor, excluding proposed 901 N. Howard project area 2. Improvements to siphon/SSO No. 125 under I-83 (JGB18-JGB19) 3. Sewer replacement may require crossing the CLRL | December 30, 2003 | July 14, 2005 * | June 30, 2006 | Eliminates SSO Nos. 69 & 125 | Complete | $20.82 |
| 10 | Greenmount Avenue Interceptor (JGA Branch)* Sanitary Contract No. 820, 833 | 1. Install approximately 7,325 linear feet of 36 to 42-inch parallel relief sewer from Bonaparte Avenue to the High level Interceptor on Eager Street. 2. Line approximately 6,000 linear feet of 15- to 33-inch existing sewer. | December 30, 2005 | 12/27/07 ** | 2/28/10*** | Contributes to elimination of SSO No. 72 | Construction Phase. SC 833- Extension letter was sent on 12-7-07 for a 90 day extension through March 29, 2008. This extension was approved and a subsequent extension for 90 days, through June 27, 2008 was submitted. Awaiting response from MDE/EPA. Practical completion acheived on May 27, 2008. Monitoring period began July 25, 2008. In a letter dated 11/08/2011, EPA approved the minor schedule modification. | $26.29 |
| 11 | Elimination of Siphon Blowoff (Siphon No. 6 - south of North Avenue Bridge, west of RR tracks) Sanitary Contract No. 830 | 1. Cleaning and inspection of siphon with repairs as necessary. 2. Elimination of blow-off. | On-call contract | June 30, 2004 | June 30, 2005 | Eliminates SSO No. 6 | Complete | $1.40 |

* Approved by MDE\EPA.  ** Approved by MDE.  ***Approved by EPA

**HERRING RUN SEWERSHED**

| PROJ. ID NO. | PROJECT | DESCRIPTION AND REMARKS | DATE CONSTRUCTION CONTRACT ADVERTISED | DATE OF PRACTICAL COMPLETION | DATE SSO STRUCTURES ELIMINATED | SSO/CSO STRUCTURES ELIMINATED | STATUS | Total Estimated Cost (Million $) **** |
|---|---|---|---|---|---|---|---|---|
| 12 | Moores Run Interceptor - Middle Section Storm Water Contract Nos. 7746 and 7751 | Construction of approximately 400 linear feet of 18-inch, approximately 600 linear feet of 21-inch, approximately 4900 linear feet 24-inch, approximately 1000 linear feet of 27-inch, and approximately 100 linear feet of 30-inch sewer to replace existing interceptor | June 30, 2003 | July 14, and Sept 2, 2005** | June 30, 2006 | Contributes to elimination of SSO Nos. 118 and 119 | Complete | $24.23 |
| 13 | Moores Run Interceptor - Lower Section Sanitary Contract No. 801 and 843 | Construction of approximately 6900 linear feet of 42-inch, approximately 2700 linear feet of 36-inch siphon, and approximately 3700 linear feet of 54-inch sewer to replace the existing interceptor | June 30, 2005 | June 30, 2007 | June 30, 2008 | Eliminates SSO No. 93 and 94 | Construction Phase - Complete | $26.07 |

Note: Shaded date cells indicate completion.

APPENDIX 1
STATUS OF PARAGRAPH 8 CONSTRUCTION PROJECTS
As of June 30, 2013

| PROJ. ID NO. | PROJECT | DESCRIPTION AND REMARKS | DATE CONSTRUCTION CONTRACT ADVERTISED | DATE OF PRACTICAL COMPLETION | DATE SSO STRUCTURES ELIMINATED | SSO/CSO STRUCTURES ELIMINATED | STATUS | Total Estimated Cost (Million $) **** |
|---|---|---|---|---|---|---|---|---|
| 14 | Moores Run Interceptor - Upper Section Sanitary Contract No. 817 | Construction of approximately 1700 linear feet of 18-inch and approximately 2200 linear feet of 21-inch sewer to replace the existing interceptor | June 30, 2004 | June 30, 2005 | June 30, 2006 | Contributes to elimination of SSO Nos. 118 and 119 | Complete | $4.64 |
| 15 | Elimination of Collection System Overflows in Herring Run Sewershed | Assess hydraulics and design improvements to areas adjacent to overflows | Existing on-call contract | June 30, 2003 | June 30, 2004 | Eliminates SSO Nos. 88 and 109 | Complete | $0.20 |
| 16 | Elimination of Siphon Blowoffs (Siphon No. 2 - Bay View Yard south of RR tracks; Siphon No. 4 - Bowleys Lane/Moravia Road) Sanitary Contract No. 830 | 1. Cleaning and inspection of siphons with repairs as necessary. 2. Elimination of blow-offs. | On-call contract | June 30, 2004 | June 30, 2005 | Eliminates SSO Nos. | Complete* | $1.40 |
| **GWYNNS FALLS SEWERSHED** | | | | | | | | |
| 17 | Powder Mill System Improvements including GFG branch in Gwynns Falls Sewershed Sanitary Contract Nos. 777 & 804 | Rehabilitation of approximately 12,000 linear feet of 12- to 24-inch conveyance piping (SC777) and approximately 33,000 linear feet of 8- to 10-inch collection piping (SC804) | June 30, 2003 | June 30, 2006 | June 30, 2007 | Eliminates SSO Nos. 28P, 29P and 33P | Complete | $6.67 |
| 18 | Dead Run System Improvements DRA Branch Sanitary Contract No. 788, 825 | Clean, inspect and rehabilitate of approximately 20,000 linear feet of 12- to 24-inch conveyance piping (COE) and approximately 11,000 linear feet of 8- to 12-inch collection piping (SC788). | June 30, 2003 | June 30, 2006 | June 30, 2007 | Eliminates SSO Nos. 16P and 17P | Complete | $4.16 |
| 19 | Maidens Choice Interceptor Sanitary Contract No. 826 | Clean, inspect, and rehabilitate 12,400 linear feet of 12- to 24-inch conveyance piping. | On-call contract | June 30, 2007 | June 30, 2008 | Eliminates SSO Nos. 23P and 24P | Construction Phase - Complete | $4.82 |
| 20 | Elimination of Siphon Blowoffs (Siphon No. 11 - Annapolis Road and Clare Street; Siphon No. 12 - Chesholm Rd. west of Franklintown Rd.) SC No. 827 | 1. Cleaning and inspection of siphons with repairs as necessary. 2. Elimination of blow-offs. | On-call contract | June 30, 2004 | June 30, 2005 | Eliminates SSO Nos. | Complete* | $0.26 |
| **COMBINED SEWER AREAS** | | | | | | | | |
| 21 | Walbrook Sanitary Contract No. 780 | Implementation of Long Term Control Plan and combined sewer separation design in Walbrook area | | June 30, 2002 | June 30, 2003 | Eliminates CSO No. 21P | Complete | $1.36 |

Appendix 1 - 4

Note: Shaded date cells indicate completion.

APPENDIX 1
STATUS OF PARAGRAPH 8 CONSTRUCTION PROJECTS
As of June 30, 2013

| PROJ. ID NO. | PROJECT | DESCRIPTION AND REMARKS | DATE CONSTRUCTION CONTRACT ADVERTISED | DATE OF PRACTICAL COMPLETION | DATE SSO STRUCTURES ELIMINATED | SSO/CSO STRUCTURES ELIMINATED | STATUS | Total Estimated Cost (Million $) **** |
|---|---|---|---|---|---|---|---|---|
| 22 | Forest Park Sanitary Contract Nos. 780 and 813 | Implementation of Long Term Control Plan and combined sewer separation design in Forest Park area | December 30, 2003 | June 30, 2005 | June 30, 2006 | Eliminates CSO No. 13P and SSO Nos. 10P, 11P, 12P, 18P, 19P, 25P, 26P, 27P and 31P. SSO Nos. 10P, 18P, 19P & 31P are eliminated. | Complete | $1.38 |
| **HIGH LEVEL SEWERSHED** | | | | | | | | |
| 23 | Gwynns Run Interceptor Sanitary Contract No. 812 | Improvements to the Gwynns Run Interceptor | December 30, 2004 | February 25, 2007 | 12/27/2007** | Eliminates SSO Nos. 106,107 and 130 | Complete | $27.14 |
| 24 | Gwynns Run System Improvements Sanitary Contract No. 807 | Assess hydraulics and design improvements to areas adjacent to overflows | June 30, 2003 | June 30, 2006 | June 30, 2007 | Eliminates SSO Nos. 55, 56, 57, 60, 63, 103, 126, 127, 128 and 131 | Complete | $3.68 |
| 25 | Elimination of Siphon Blowoffs (Siphon Nos. 9 and 10 - east of Dukeland Street, south of Wilkens Avenue) SC No. 827 | 1. Cleaning and inspection of siphons with repairs as necessary. 2. Elimination of blow-offs. | On-call contract | June 30, 2004 | June 30, 2005 | Eliminates SSO Nos. | Complete* | $0.26 |
| **LOW LEVEL SEWERSHED** | | | | | | | | |
| 26 | Elimination of Siphon Blowoff (Siphon No. 8 - rear of 800 Unetta Avenue) Sanitary Contract No. 827 | 1. Cleaning and inspection of siphon with repairs as necessary. 2. Elimination of blow-off. | On-call contract | June 30, 2004 | June 30, 2005 | Eliminates SSO No. 3 | Complete | included in project 25 |
| Total | | | | | | | | $348.64 |

* Approved by MDE\EPA.  ** Approved by MDE, ***Approved by EPA
**** These are estimated costs based upon awarded and actual costs incurred

Note: Shaded date cells indicate completion.

**Paragraph 9 Projects**

| | | | **Program Management Services Projects** | |
|---|---|---|---|---|
| **No** | **Phase** | **Project No.** | **Description** | **Estimated Cost (Million $)[1]** |
| 1 | Project Complete | 863 | Environmental Engineering Services for Consent Decree | $1.27 |
| 2 | Project Complete | 969 | Program Management Services for Consent Decree | $1.40 |
| 3 | Project Complete | 888 | Program Management Services for Consent Decree | $10.57 |
| 4 | Project Complete | 1014 | Program Management Services for Consent Decree | $6.54 |
| 5 | On-going | 1112 | Program Management Services for Consent Decree | $23.66 |
| 6 | Project Complete | 1015 | Technical Services for Consent Decree | $7.50 |
| 7 | On-going | 1118 | O&M Services | $5.68 |
| | | | **Program Management Services Projects Subtotal** | **$56.62** |

| | | | **Sewershed Study Projects** | |
|---|---|---|---|---|
| **No** | **Phase** | **Project No.** | **Description** | **Estimated Cost (Million $)[1]** |
| 8 | Project Complete | 994 | Sewershed Study Project in Jones Falls | $13.03 |
| 9 | Project Complete | 1001 | Sewershed Study Project in Herring Run | $13.50 |
| 10 | Project Complete | 1028 | Sewershed Study Project in High Level | $9.50 |
| 11 | Project Complete | 1029 | Sewershed Study Project in Low Level | $12.76 |
| 12 | Project Complete | 1032 | Sewershed Study Project in Gwynns Falls | $8.99 |
| 13 | Project Complete | 1039 | Sewershed Study Project in Outfall | $5.52 |
| 14 | Project Complete | 1041 | Sewershed Study Project in Patapsco | $4.09 |
| 15 | Project Complete | 1047 | Sewershed Study Project in Dundalk | $3.02 |
| 16 | Project Complete | 995A | Flow Monitoring | $6.46 |
| 17 | Project Complete | 995R | Flow Monitoring | $6.05 |
| 18 | Project Complete | 995S | Flow Monitoring | $6.25 |
| | | | **Sewershed Study Projects Subtotal** | **$89.17** |

| | | | **Phase 1 (Structural and Priority Basin Rehab Projects)** | |
|---|---|---|---|---|
| **No** | **Phase** | **Project No.** | **Description** | **Estimated Cost (Million $)** |
| 19 | On-going | 1163 | Flow Monitoring[1] | $3.00 |
| 20 | Construction Complete | SC 876 | Lower Jones Falls Cleaning[2] | $2.39 |
| 21 | In Construction | SC 894 | Outfall Interceptor Cleaning[2] | $6.48 |
| 22 | In Construction | SC 895 | Maryland Ave Sewer Rehab in Jones Falls SS[2] | $3.56 |
| 23 | In Construction | SC 879 | Gwynns Run D-Branch Sewer Improvements[3] | $4.52 |
| 24 | In Construction | SC 898 | Stoney Run Sewer Rehab in Jones Falls SS[3] | $10.68 |
| 25 | In Construction | SC 899 | Sewer Rehab in Western Run Area of Jones Falls SS[3] | $13.66 |
| 26 | In Construction | SC 900 | Upper JF and MD Ave Sewer Rehab in Jones Falls SS[3] | $16.85 |
| 27 | In Construction | SC 897 R | Sewer Rehab in Greenmount & Bolton Hill Areas of Jones Falls SS[3] | $19.12 |
| | | | **Phase 1 Structural projects in Construction Subtotal** | **$80.26** |
| 28 | Design | SC 907 | Sewer Rehab in Eastern Portion High Level SS[1] | $1.50 |
| 29 | Design | SC 906 | Sewer Rehab in Norhten Portion of High Level SS[1] | $1.50 |
| 30 | Design | SC 911 | Sewer Rehab in Central Portion of Herring Run SS[1] | $1.50 |
| 31 | Design | SC 908 | Sewer Rehab in Herring Run SS[1] | $1.50 |
| 32 | Design | SC 913 | Sewer Rehab in Eastern Portion of Low Level SS[1] | $1.50 |
| 33 | Design | SC 909 | Sewer Rehab in Eastern Portion of Herring Run SS[1] | $1.50 |
| 34 | Design | SC 912 | Sewer Rehab in Western Portion of Low Level SS[1] | $1.50 |
| 35 | Design | SC 905 | Sewer Rehab in Upper Gwynns Run Area of High Level SS[1] | $1.50 |
| 36 | Design | SC 920 | Sewer Rehab in Southern Portion of Gwynns Falls SS[1] | $2.36 |
| 37 | Design | SC 902 | Sewer Rehab in Dundalk SS[1] | $1.21 |
| 38 | Design | SC 903 | Sewer Rehab in Patapsco SS[1] | $1.67 |
| 39 | Design | SC 910 | Sewer Rehab in Chinquapin Run Area of Herring Run SS[1] | $1.50 |
| 40 | Design | SC 914 | Sewer Rehab in Low Level SS[1] | $1.50 |
| 41 | Design | SC 919 | Sewer Rehab in Outfall SS[1] | $2.02 |
| 42 | Design | SC 921 | Sewer Rehab in Northern Portion of Gwynns Falls SS[1] | $2.47 |
| | | | **Phase 1 Structural Design Projects Subtotal** | **$24.72** |
| | | | **Program Management Services, Sewershed Study and Phase 1 projects in Construction Subtotal** | **$250.78** |

Note:
1 Cost of Professional Services projects are the amount encumbered by the City
2 Costs provided are awarded costs for construction
3 Costs provided are encumbered design costs plus awarded costs for construction