UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | Civil Action No. JFM-02-1524 |
| | ) | |
| and | ) | |
| | ) | |
| | ) | |
| BLUE WATER BALTIMORE, | ) | |
| | ) | |
| Applicant for Intervention, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MAYOR AND CITY COUNCIL OF | ) | |
| BALTIMORE, MARYLAND, | ) | |
| | ) | |
| Defendant. | ) | |

---

**UNOPPOSED MOTION SEEKING AN EXTENSION OF TIME TO REPLY TO PLAINTIFFS' AND DEFENDANT'S MEMORANDA IN RESPONSE TO BLUE WATER BALTIMORE'S MOTION FOR LEAVE TO INTERVENE**

---

Plaintiff-Intervenor Blue Water Baltimore respectfully moves for an extension of time to reply to Plaintiffs' and Defendant's Memoranda in Response to Blue Water Baltimore's Motion for Leave to Intervene until September 27, 2013.

As grounds, Blue Water Baltimore states as follows:

1.    Plaintiffs' and Defendant's opposition filings consist of over 30 pages of substantive argument and nearly 90 pages of exhibits.

2.    This extension should not affect the progress of the case, as Plaintiffs and Defendant have requested that no hearing on the motion be held until after October 10, 2013.

(Rec. Doc. 13 at 1.)

3.      Blue Water Baltimore has not previously been granted an extension of time.

4.      Before filing this motion, pursuant to District of Maryland Local Rule of Civil Procedure 105(9), counsel for Blue Water Baltimore contacted counsel for Plaintiffs and Defendant.  The United States, the State of Maryland, and the Mayor and City Council of Baltimore, Maryland, do not oppose this motion.


Respectfully submitted,


Dated:  September 6, 2013                      /s/ Patrick M. Phelan
                                              Theodore L. Garrett, *pro hac vice*
                                              Patrick M. Phelan
                                              Federal Bar No. 29283
                                              Thomas R. Brugato, *pro hac vice*
                                              Covington & Burling LLP
                                              1201 Pennsylvania Avenue, NW
                                              Washington, DC 20004
                                              Phone: (202) 662-6000
                                              Fax: (202) 778-5107
                                              Email: pphelan@cov.com

                                              *Counsel for Blue Water Baltimore*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 6, 2013, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Maryland using the CM/ECF system, which will provide electronic notice of such filing to all counsel of record registered on the CM/ECF system, including:

**On Behalf of the United States**

Cara M. Mroczek
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
Washington, DC 20044-7611
Tel.: 202-514-1447
Fax: 202-616-6583
Email: cara.mroczek@usdoj.gov

P. Michael Cunningham
Office of the United States Attorney
36 S. Charles St. 4th Fl.
Baltimore, MD 21201
Tel.: 410-209-4884
Fax: 410-962-3091
Email: michael.cunningham@usdoj.gov

**On Behalf of the State of Maryland**

Nancy Young
Assistant Attorney General
Maryland Dept. of the Environment
Office of the Attorney General
1800 Washington Boulevard
Baltimore, MD 21230-1718
Tel.: 410-537-3042
Email: nyoung@mde.state.md.

Emily A. Vainieri
Office of the Attorney General
Maryland Dep't. of the Environment
1800 Washington Blvd., Suite 6048
Baltimore, MD 21230
Tel.: 410-537-3954
Email: Emily.vainieri@maryland.gov

**On Behalf of the Mayor and City Council
of Baltimore, Maryland**

Thomas Mark Lingan
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Tel.: 410-244-7400
Fax: 410-244-7742 – facsimile
Email: tmlingan@venable.com

George Nilson
City Solicitor
Baltimore City Law Dept.
100 N. Holiday St. Ste. 10
Baltimore, MD 21202
Tel.: 410-396-329

Peter E. Keith
Gallagher Evelius and Jones LLP
218 N. Charles St. Ste. 400
Baltimore, MD 21201
Tel.: 410-727-7702
Fax: 410-468-2786
Email: pkeith@gejlaw.com


Dated: September 6, 2013                    _/s/ Patrick M. Phelan_____
                                            Patrick M. Phelan
                                            Federal Bar No. 29283
                                            Covington & Burling LLP
                                            1201 Pennsylvania Avenue, NW
                                            Washington, DC 20004
                                            Phone: (202) 662-6000
                                            Fax: (202) 778-5107
                                            Email: pphelan@cov.com

                                            *Counsel for Blue Water Baltimore*