Exhibit A

# AFFIDAVIT OF DAVID G. F. FLORES

I, David G.F. Flores, declare as follows:

1. I am more than 18 years of age and competent to testify.  This Declaration is based on my personal knowledge and belief, and my professional experience.

2. I am currently employed as the Water Quality Manager for the Baltimore Harbor WATERKEEPER Program of the non-profit organization Blue Water Baltimore, located in Baltimore, Maryland.  Since December 2010 I have been employed as a program manager by Blue Water Baltimore.

3. Before then, I was a program manager with Jones Falls Watershed Association for two and a half years.  Jones Falls Watershed Association is one of the legacy organizations that merged to form Blue Water Baltimore in 2010.

4. I am also a member of Blue Water Baltimore.

5. I have a Bachelor of Arts Degree in Environmental Science from Bard College.

6. My professional experience includes experience in the fields of environmental restoration and water quality monitoring, with expertise in pollution incident response, monitoring and detection.

7. I reside at 720 E. Belvedere Ave. in the City of Baltimore, Maryland.  My home is located within the Back River watershed and about 1/4 mile from the Chinquapin Run, which is a stream that feeds into the Back River.  I have lived in the Baltimore Harbor/Patapsco River and Back River watersheds in Baltimore City, Maryland for approximately 28 years.

8. Through my positions at Blue Water Baltimore and Jones Falls Watershed Association, since 2008 I have personally witnessed, documented, characterized, monitored and repeatedly reported to the City, Maryland Department of the Environment (MDE) and Environmental Protection Agency (EPA) numerous pollution concerns related to sanitary sewer overflows.

9. In my official capacity at Blue Water Baltimore, I respond to citizen complaints referring to, and periodically survey for, illicit sewage discharges to Baltimore's stormwater infrastructure and surface waters.

10. I prepared the attached documents based on my experience responding to sewage overflows in the field.  The information presented in these fact sheet documents is based upon a combination of my own personal observations and information provided by Blue

1

Water Baltimore volunteers: "OF67 SSO Structure" fact sheet,[1] "Falls Road SSOs/lack of cleanup of wastewater debris" fact sheet,[2] "Herring Run SSO" fact sheet,[3] an updated "Falls Road SSOs/ lack of cleanup of wastewater debris/ lack of signage for public" fact sheet (attached hereto as Exhibit 1), and "Gwynns Run SSOs/ lack of public signage" fact sheet document (attached hereto as Exhibit 2).

11. Since drafting the "OF67 SSO Structure" fact sheet referenced above, I also observed OF67 discharging on June 10, 2013, following a rain event, and took video documentation of the flow.

12. I have analyzed the flow data for the Paragraph 8 SSO Structure OF67 that was attached to the City's quarterly reports to EPA made during the calendar year 2012. I personally reviewed the OF67 flow data in the five quarterly reports encompassing calendar year 2012. Based on my review of this flow data, OF67 discharged untreated sewage mixed with stormwater seven times during 2012 with an average flow rate of 6.78 million gallons per day and a maximum flow rate of 13.53 million gallons per day.

13. Attached hereto as Exhibit 3 is a true and correct copy of the City of Baltimore's Standard Operation Procedure for Sanitary Sewer Overflows, which is part of the City of Baltimore's Emergency Response Plan required by the Consent Decree.

14. Attached hereto as Exhibit 4 is a true and correct copy of the City of Baltimore Department of Public Works' February 15, 2011 letter requesting an extension of the deadline to eliminate SSO structures OF67 and OF72 to June 29, 2019. To the best of my knowledge, neither EPA nor MDE has officially and publicly responded to this request.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on: <u>9/26/13</u>
                         (date)

**David G. F. Flores**

---

[1] *See* Complaint in Intervention (Rec. Doc.5-2), Ex. D, App'x II.
[2] *See* Complaint in Intervention (Rec. Doc. 5-2), Ex. D, App'x I.
[3] *See* Complaint in Intervention (Rec. Doc. 5-2), Ex. D, App'x V.

Exhibit 1

**Baltimore Harbor Waterkeeper Fact Sheet**

**SSOs at Falls Road and Street Car Museum**

**July 8, 2013 UPDATE**

- Baltimore Harbor Waterkeeper/ Blue Water Baltimore ("BWB") staff has observed and responded to various persistent and repeat SSOs on Falls Road (between 1800 and 2050 Falls Road, Baltimore, MD) for several years.
- Again on June 11, 2013 BWB staff observed extensive deposition of wastewater debris along approximately one-quarter mile of the Falls Road roadway corridor (~1837-2100 Falls Road), which includes the Jones Falls Trail pedestrian and bicycle pathway.
  - o BWB staff observed several sanitary sewer manhole covers, in and adjacent to the roadway, that had been displaced by the sanitary sewer overflows during the evening, which remained open without any signage or traffic cones alerting pedestrians and drivers to the hazard.
  - o BWB staff did not observe any signage to limit the public's exposure to the wastewater debris or uncovered sanitary sewer manholes
  - o BWB staff reported the SSO incident and hazardous conditions to Baltimore City via the 311 system (8:10AM, SR# 13-00437595) and email (Fr: Tina Meyers to: Rudy Chow, 6/11/2013 10:03AM)
- Baltimore City (Rudy Chow DPW) reported to BWB that the SSO notification had been made and the wastewater debris cleaned up by 6/11/13 2:32PM
- BWB staff observed at 4:45PM and 7:30PM on 6/14/13 that the wastewater debris had not been removed at the site, as had been reported by DPW three days earlier. An email report of the remaining wastewater debris was made to Rudy Chow DPW at 8:53PM on 6/14/13.
- BWB again observed the persisting presence of original wastewater debris in the pedestrian footpath and roadway on the morning of 6/19/13. An email report was made to Rudy Chow DPW at 1:33PM on 6/19/13.  Despite efforts of Mr. Chow, the wastewater debris was not cleaned up.
- See attached email correspondence.
- Below are photos taken along this stretch of Falls Road on June 11, 2013, June 14, 2013, and June 19, 2013 by BWB staff.

**PHOTOS FROM 6/11/2013**



Open manhole cover on Falls Road, stream-side, south of OF67, 6/11/13 at approximately 8:00 am. Photo taken by David Flores, Blue Water Baltimore.



Storm drain inlet on Falls Road with wastewater debris (toilet paper, sanitary napkins, condoms) and puddles of wastewater, adjacent to Jones Falls Trail pedestrian and bicycle trail, south of OF67, 6/11/13 at approximately 8:00 am.  Photo taken by David Flores, Blue Water Baltimore.



Wastewater debris (greaseballs, toilet paper, etc.) along Jones Falls Trail pedestrian and bicycle trail, stream-side of Falls Road, 6/11/13 at approximately 8:45 am.  Photo taken by Tina Meyers, Blue Water Baltimore.

**PHOTOS FROM 6/14/13**



Margin of Jones Falls Trail pedestrian and bicycle trail with wastewater debris (toilet paper, sanitary napkins, condoms), adjacent to Jones Falls river, south of OF67, 6/14/13 at approximately 7:30 pm. Photo taken by David Flores, Blue Water Baltimore.



Jones Falls Trail pedestrian and bicycle trail with wastewater debris (sediment, greaseballs, drug vials), adjacent to Jones Falls river and OF67, 6/14/13 at approximately 7:30 pm.  Photo taken by David Flores, Blue Water Baltimore.

**PHOTOS FROM 6/19/13**



Wastewater debris on Falls Road (toilet paper, sanitary napkins, condoms), adjacent to Jones Falls Trail pedestrian and bicycle trail, south of OF67, 6/19/13 at approximately 1:00 pm.  Photo taken by David Flores, Blue Water Baltimore.



Wastewater debris (toilet paper, sanitary napkins, greaseballs) on Jones Falls Trail pedestrian and bicycle trail, adjacent to OF67, 6/19/13 at approximately 1:00 pm.  Photo taken by David Flores, Blue Water Baltimore.

Exhibit 2

**Baltimore Harbor Waterkeeper Fact Sheet**

**SSOs into Gwynns Falls Stream at Gwynns Falls Park**

**August 27, 2013**

- Baltimore Harbor Waterkeeper/ Blue Water Baltimore ("BWB") staff has responded to volunteer citizen pollution reports of sewage overflows and failure to cleanup wastewater debris at the Gwynns Falls Park close to the stream at the intersection of Wilkens Avenue and Hurley Avenue.

- On June 6, 2013 and June 11, 2013, a BWB citizen pollution reporter observed the sewage overflows shown in the below photographs at Gwynns Falls Park close the stream at the intersection of Wilkens Ave. and Hurley Ave.  On both occasions, the citizen reporter was leading a tree planting field trip in the Park with Baltimore high school students when they observed the sewage overflows.

6/6/13
- At approximately 8:00am they arrived at the location to plant trees. While planting trees they noticed toilet paper and two tampon applicators on the ground close to a sewage manhole cover. The area around the manhole was damp and had a strong foul smell that smelled like waste or feces. The vegetation around the area had been knocked over from what appeared to be a heavy surge of water coming from the manhole and flowing downhill into the stream. The group stayed clear of the area and went ahead with their education and tree planting project. The citizen reporter reported the issue on 6/8/13 using the 311 online system (SR# 13-00432319).

6/11/13
- At approximately 8:00am they again arrived at the location to set up and could hear the gushing sound of water.  Upon investigation, they found that large amounts of grayish foul smelling water was flowing from the manhole (see below photos).  The citizen reporter took a few photos and a video of the overflow and called 311 to report the overflow.  When they spoke to the 311 representative, she said that a call had already been placed and that someone had already been out to the site to investigate the problem and that they were working on fixing it.  The citizen reporter asked for a reference number for the report but was told that because the overflow had already been reported and that the proper city agency had been notified, there was no need to place a second report.  There was no signage placed on site to alert the public to the overflow.  The citizen reporter and volunteer group remained at the site until 5:30pm. The overflow continued at the same pace and velocity the entire time the group was there (from 8am to 5:30pm).

- The citizen reporter did not see any signage or city employees during their time at the park.   Around 12:30pm, the citizen reporter observed a group of young men enter into the stream to kayak downstream near the overflow.  The citizen reporter attempted to get the kayakers' attention to alert them about the sewage, however, they were too far away.
- The citizen reporter did not observe City employees at the location of the sewage overflow at any point in time on 6/6/13 or 6/11/13.  The citizen reporter did not observe signage or hazard tape at the location of the sewage overflow at any point in time between 6/6/13 and 8/27/13.  The citizen reporter observed sewage debris persisting at the site of the sewage overflow on several visits subsequent to the 6/11/13 incident up to and including their most recent visit on 8/27/13.



Photo of sewage manhole overflowing into the Gwynns Falls stream surrounded by wastewater debris (i.e. toilet paper on branches, etc.) on 6/11/13 at approximately 8:30am.  Photo taken by Blue Water Baltimore volunteer citizen reporter.



Photo of sewage manhole overflowing into the Gwynns Falls stream surrounded by wastewater debris (i.e. toilet paper on branches, etc.) on 6/11/13 at approximately 8:30am.  Photo taken by Blue Water Baltimore volunteer citizen reporter.



Photo of sewage manhole overflowing into the Gwynns Falls stream surrounded by wastewater debris (i.e. toilet paper on branches, etc.) on 6/11/13 at approximately 8:30am.  Photo taken by Blue Water Baltimore volunteer citizen reporter.

Exhibit 3

**ATTACHMENT 1.  Standard Operation Procedures (SOP) WWS.002
Sanitary Sewer Overflow**


*SOP WWS.002 Sanitary Sewer Overflow starts on the following page.*

| WASTEWATER MAINTENANCE SECTION<br>STANDARD OPERATION PROCEDURES – WWS.002 | | Revision #: 1.3 |
|---|---|---|
| SANITARY SEWER OVERFLOW | Field Code: SSO | Revision Date:<br>11/28/12 |
| Approved By: | | Effective Date:<br>12/14/12 |

**DESCRIPTION:** This Standard Operating Procedure (SOP) addresses procedures for investigation, abatement, reporting of, and follow up investigation to sanitary sewer overflows (SSOs) occurring at manholes, broken pipes or laterals in the wastewater collection system. These are unpermitted discharges.

**RESPONSE TIME:** 1 Hour

**ABATEMENT DURATION:** 1 Day

**CCTV FOLLOW-UP INSPECTION:** 5 Days

**FIRST RESPONDER:** Utility Investigator or Surface Water Pollution Control Analyst, followed by Sewer Maintenance Supervisor if an active SSO is confirmed.

**OBJECTIVES:**

- To promptly notify the regulatory agency with preliminary SSO information and potential impacts;

- To protect public health, environment and property from SSOs;

- To restore surrounding area back to pre-SSO condition as soon as possible;

- To establish perimeters and control zones with appropriate traffic cones and barricades, vehicles or use of natural topography (e.g., hills, berms, etc.);

- To contain the SSO to the maximum extent practicable and prevent the discharge of sewage into surface waters;

- To perform follow up CCTV investigation to accurately identify the cause of the SSO as well as to identify necessary measures to ensure that the SSO does not occur again;

- To minimize the exposure to any regulatory agency penalties and fines.

| WASTEWATER MAINTENANCE SECTION<br>STANDARD OPERATION PROCEDURES – WWS.002 | | Revision #: 1.3 |
|---|---|---|
| SANITARY SEWER OVERFLOW | Field Code: SSO | Revision Date:<br>11/28/12 |
| Approved By: | | Effective Date:<br>12/14/12 |

## DEFINITIONS

| | |
|---|---|
| **Sanitary Sewer Overflow (SSO)** | Any spill, release, or discharge from any portion of the sanitary sewage collection system into the environment, whether active or evidence thereof. A basement backup is also an SSO if a discharge to the environment occurs during the pump out operation or in any other manner. |
| **Active Overflow** | A spill, release, or discharge from a cleanout, manhole, or broken pipe that is flowing at the time of arrival of the DPW Investigator. |
| **Evidence of Overflow** | A location where there is evidence of an overflow incident, but the SSO is not currently active. |

## STANDARD PROCEDURES

### 1. Fielding the Complaint

1.1. The SSO complaint is received in the 3-1-1 Call Center.

1.2. The 3-1-1 Call Center creates a Service Request (SR) for the SSO complaint, which is automatically created in Cityworks.

1.3. The on-call DPW Utility Investigator is notified by the Dispatcher via radio.

1.4. The Utility Investigator must arrive at the complaint location within one hour of receiving the radio call.

1.5. If the complaint location cannot be found based on the complaint information, the Utility Investigator will notify the Dispatch Center.

1.6. The Dispatch Center will then contact the citizen who made the complaint to determine a more exact location and whether the SSO is still occurring. The citizen may be invited to meet the Utility Investigator on-site. If the citizen has provided a phone number with voice mail capabilities, the Dispatch Center should leave a voice message asking the citizen to call 3-1-1 with the SR number of their complaint. If the citizen has provided an email address, the Dispatch



| WASTEWATER MAINTENANCE SECTION STANDARD OPERATION PROCEDURES – WWS.002 | | Revision #: 1.3 |
|---|---|---|
| SANITARY SEWER OVERFLOW | Field Code: SSO | Revision Date: 11/28/12 |
| Approved By: | | Effective Date: 12/14/12 |

Center should email the citizen and request the citizen to contact 3-1-1 again with the SR number of their complaint. The Dispatch Center will then update Cityworks with the following information:  Was the citizen contacted to confirm location and/or problem? (Yes/No).

1.7   If the investigator is unable to find the complaint site and the Dispatch Center is unable to reach the citizen, the Dispatch Center will input comments about what was done to contact the citizen.

1.8   The Work Control Center will close the Service Request after confirming that the Dispatch Center documented their attempt to contact the citizen.

1.9.   If the complaint site is found and the overflow incident is not active, but there is evidence of an overflow event, the Utility Investigator will report to the Work Control Center that there is evidence of an overflow incident, but it is not currently active and a SSO Report is required. The Utility Investigator will check manholes up and downstream to see if flow is flowing freely.

1.10.   If an active SSO is confirmed, the Utility Investigator/Pollution Control Analyst will note the time, which will be the start time for the duration and volume calculations.

1.11.   If an active SSO is confirmed, the Utility Investigator/Pollution Control Analyst must immediately inform the Work Control Center who will then notify the Sewer Maintenance Supervisor of the active SSO. The Sewer Maintenance Supervisor must arrive on site within one hour.

1.12.   Between the hours of midnight and 8:00 am, when the Sewer Maintenance Supervisor is off-duty, the Dispatch Center should contact the Wastewater General Superintendent so he can send a Sewer Maintenance Supervisor to the site.

1.13.   The Sewer Maintenance Supervisor will call for crew assistance to abate the SSO. If the Sewer Maintenance Supervisor deems it necessarya Pump Truck Crew for by-pass pumping may be requested.

1.14.   The Work Control Center will create any necessary response work orders in Cityworks (e.g. mainline choke, cleaning, CCTV, or bypass pumping).

| WASTEWATER MAINTENANCE SECTION STANDARD OPERATION PROCEDURES – WWS.002 | | Revision #: 1.3 |
|---|---|---|
| SANITARY SEWER OVERFLOW | Field Code: SSO | Revision Date: 11/28/12 |
| Approved By: | | Effective Date: 12/14/12 |

1.15. Once the responding Sewer Maintenance Supervisor has investigated the SSO location and assessed the situation, he/she must inform the Wastewater General Superintendent of the situation.

1.16. If contact information for the person lodging the complaint is available from the Dispatch Center, the Sewer Maintenance Supervisor should contact the citizen to advise them of the situation and the action being taken. If contact information is not available, a note will be made in the Service Request to that effect.

1.17. Once the SSO is stopped, the Sewer Maintenance Supervisor will call in the information to the Work Control Center and complete the "Raw Sewage Water Pollution Overflow Notice" (a.k.a. the 24-hour Report).

## 2. SSO Notifications and Reporting

2.1. If an active SSO is confirmed, or there is evidence of an overflow event, the Sewer Maintenance Supervisor shall contact the following individuals within 24 hours of the Utility Investigator/Pollution Control Analyst confirming the event:

    a.  MDE                              telephone or e-mail
    b.  Baltimore City Health Department            e-mail
    c.  SSO Reporting Center                  e-mail
    d.  Chief of Utility Maintenance Division       e-mail
    e.  Wastewater General Superintendent      e-mail
    f.  CMOM Unit                         e-mail

2.2. If the SSO event is **equal or greater than 10,000 gallons**, the Wastewater General Superintendent will contact the following individuals immediately:

    a.  MDE                              telephone or e-mail
    b.  Baltimore City Health Department             e-mail
    c.  Director of Public Works               e-mail
    d.  W&WW Bureau Head                e-mail
    e.  Chief of Utility Maintenance Division       e-mail
    f.  Chief of Surface Water Management Division   e-mail
    g.  Chief of Communications & Administration Division   e-mail
    h.  Section Head of Water Quality Monitoring and Inspection   e-mail
    i.  SSO Reporting Center                  e-mail
    j.  CMOM Unit                         e-mail



| WASTEWATER MAINTENANCE SECTION<br>STANDARD OPERATION PROCEDURES – WWS.002 | | Revision #: 1.3 |
|---|---|---|
| SANITARY SEWER OVERFLOW | Field Code: SSO | Revision Date:<br>11/28/12 |
| Approved By: | | Effective Date:<br>12/14/12 |

2.3. The Health Department or the Chief of DPW Communications and Administration Division may make additional notifications and public notices if they deem necessary.

2.4. The Wastewater General Superintendent will coordinate with the Water Quality Monitoring and Inspection Section Head to obtain grab samples if the overflow is greater than 10,000 gallons or if less than 10,000 gallons, as directed by the Bureau Head or the City Health Department. The Water Quality and Inspection Section Head will submit obtain and submit the samples to the contracted testing lab (Maryland State Certified) in accordance with the protocol set forth in Section 7- Water Quality Sampling and Monitoring - of the Emergency Response Plan (ERP).

2.5. All water quality test results and analyses conducted as part of a response to an overflow event will be maintained by the DPW Water Quality Monitoring and Inspection Section and the SSO Reporting Center as a matter of record keeping and will be provided to EPA and/or MDE as requested.

2.6. As soon as practical, and regardless of the SSO volume, the Wastewater General Superintendent or Wastewater Maintenance Supervisor will determine if there are sensitive population centers (such as school or day care centers) near the location of the SSO event. If there are sensitive population centers, the General Superintendent, the Supervisor or his/her designee will visit and provide personal notification of the situation to the proper authorities of such nearby facilities. The following language is recommended to communicate the situation:

> "At approximately (time) this morning/afternoon a sanitary sewer overflow happened… (provide a brief description of the SSO location such as: around the corner from this facility, in the 400 block of Any Street). The Baltimore City Dept. of Public Works is responding to the event, and is taking (or has taken) all necessary measures to mitigate and stop the overflow. At this point the overflow has (has not) been stopped. We ask that you limit any activity that may place anyone associated with your facility at risk of becoming in contact with the spill until all work is completed and the site is cleaned up. We will inform you when that happens."

| WASTEWATER MAINTENANCE SECTION STANDARD OPERATION PROCEDURES – WWS.002 | | Revision #: 1.3 |
|---|---|---|
| SANITARY SEWER OVERFLOW | Field Code: SSO | Revision Date: 11/28/12 |
| Approved By: | | Effective Date: 12/14/12 |

As soon as practical, the Wastewater General Superintendent or Wastewater Maintenance Supervisor must inform the proper authorities at these nearby sensitive population centers when the work associated with the SSO is completed, so that the facility may return to normal operation.

2.7. Within one working day after receiving the 24-hour Report, the Chief of the Utility Maintenance Division (or his designated authorized staff) will review the report. The QA/QC'd report will be emailed or faxed to the Water and Wastewater Bureau Head and the SSO Reporting Center. The QA/QC'd version of the 24-hour Report is termed the 5-Day Report. The staff of the SSO Reporting Center will review the 5-day Report for accuracy and completeness, and will coordinate with the Wastewater General Superintendent for any necessary corrections.

2.8. The Office of the Bureau Head will mail out (FedEX) a standard cover letter and copy of the 5-Day Report to MDE and EPA within 5 days of the SSO occurring.

2.9. A copy of the SSO Report must be kept on file for five (5) years. Hard copies are kept in the office of the Bureau Head and/or Consent Decree Program Management Library and an electronic copy is maintained by CDAdmin.

3. **Overflow Relief**

3.1. The first responders arriving at the site of an active SSO (Utility Investigator/Sewer Maintenance Supervisor/Pollution Control Analyst) are responsible for protecting the health and safety of the public by mitigating the impact of the SSO to the maximum extent practicable.

3.2. The Sewer Maintenance Supervisor/Pollution Control Analyst must determine the immediate discharge location of the SSO (e.g. storm drain, contained ponding, street curb gutter, body of water, stream bed).

3.3. The Sewer Maintenance Supervisor must request necessary materials and equipment needed to contain or isolate the SSO if not on hand.

3.4. The Sewer Maintenance Supervisor must ccontain the SSO with sandbags or dams, recover through vacuum truck, or divert to a downstream sewer manhole to prevent flows from reaching the Waters of the U.S. either by a storm drain or by overland flow.

| WASTEWATER MAINTENANCE SECTION STANDARD OPERATION PROCEDURES – WWS.002 | | Revision #: 1.3 |
|---|---|---|
| SANITARY SEWER OVERFLOW | Field Code: SSO | Revision Date: 11/28/12 |
| Approved By: | | Effective Date: 12/14/12 |

3.5. The SSO location and the surrounding area must be cordoned off from the public, especially any areas where sewage has ponded or is running overland, with cones and/or yellow caution tape.

3.6. If the SSO is in a traffic area, Maintenance must set up emergency traffic control. Assistance may be requested from DPW Traffic Control Unit if necessary and STEMS should be notified.

3.7. The Sewer Maintenance Supervisor or the crew will investigate the mainline manholes upstream and downstream of the SSO location. Finding the first clear downstream manhole (not surcharging and free flowing), the crews will begin to alleviate the blockage in the mainline.

3.8. If needed, the Sewer Maintenance Supervisor will request assistance or additional resources to relieve the blockage or to determine the cause.

3.9. The Sewer Maintenance Supervisor determines whether by-pass pumping is needed. If so, he will request the Pump Truck Crew.

3.10. The Sewer Maintenance Supervisor will determine the correct pump and pipe sizes based on the volume of flow, sewer pipe size, and depth of manhole and will develop the by-pass pumping plan. If necessary, he will request assistance from Wastewater Engineering for high volume situations.

3.11. The Pump Truck Crew will set up a by-pass pumping arrangement, as necessary, to help relieve the SSO.

3.12. The Sewer Maintenance Supervisor and crew will remain at the SSO site until the overflow is completely stopped.

3.13. Should the SSO location require continued by-pass pumping, the Sewer Maintenance Supervisor will notify the General Superintendent.

3.14. If the SSO condition is abated, but the cause cannot be resolved, the reason is documented by the Sewer Maintenance Supervisor in the response Work Order and Service Request. When the SSO is stopped, either by relief of the choke or by establishment of by-pass pumping, the Sewer Maintenance Supervisor will update the Cityworks response Work Order that the SSO is abated and close the Service Request. If access to Cityworks is not available, the Supervisor will

| WASTEWATER MAINTENANCE SECTION STANDARD OPERATION PROCEDURES – WWS.002 | | Revision #: 1.3 |
|---|---|---|
| SANITARY SEWER OVERFLOW | Field Code: SSO | Revision Date: 11/28/12 |
| Approved By: | | Effective Date: 12/14/12 |

contact the Work Control Center who will perform the update in Cityworks. The Service Request is now closed.

## 4. Cleanup of SSO Site

4.1. Cleanup of SSO sites after an SSO is the responsibility of the Wastewater General Superintendent. No readily identified residue (e.g. sewage solids, paper, rags, plastics, and rubber products) is to remain.

4.2. To the maximum extent practicable, thoroughly flush the area clean of any sewage or wash-down water. Solids and debris are to be flushed, swept, raked, picked-up and transported for proper disposal or to the nearest sewer manhole depending on the nature of the material.

4.3. Where appropriate, disinfect and deodorize the SSO site.

4.4. Where sewage has resulted in ponding, pump the pond dry, and dispose of the residue in accordance with applicable regulations and policies.

4.5. If a ponding area contains sewage and cannot be pumped dry, it may be treated with a bio-degradable disinfectant.

## 5. SSO Follow-up CCTV Investigation

5.1. A follow-up CCTV inspection should be performed within 5 days of the SSO occurring, following the procedures described in the Mainline CCTV SOP.

5.2. The results of the CCTV are analyzed by the CMOM Unit.

5.3. Depending on the SSO location and analysis findings and conclusions, the CMOM Unit will make recommendations for additional cleaning, root cutting, grease control or repeat inspections.

If a defect is identified that requires a repair, the CMOM Unit will forward a recommendation for the repair to DPW Utility Maintenance Division and DPW Wastewater Engineering Division.

Exhibit 4

CITY OF BALTIMORE

STEPHANIE RAWLINGS-BLAKE, Mayor



DEPARTMENT OF PUBLIC WORKS

BUREAU OF WATER AND WASTEWATER
300 Abel Wolman Municipal Building
Baltimore, Maryland 21202

February 15, 2011

Jay Sakai, Director
Water Management Administration
Maryland Department of the Environment
1800 Washington Boulevard
Baltimore, MD  21230

Ms. Michelle Price-Fay
Chief, NPDES Enforcement Branch
United States Environmental Protection Agency
Region III
1650 Arch Street
Philadelphia, PA 19103

RE:   United States, et al. v. Mayor and City Council of Baltimore
       Civil Action No. JFM-02-1524 (Consent Decree)

Dear Mr. Sakai and Ms. Price-Fay:

As you are aware, Paragraph 8 of the above-referenced Consent Decree requires a number of capital improvement projects to be completed by the City of Baltimore in a manner and timeframe consistent with specified milestones dates. These dates are listed in Appendix D of the Consent Decree.  In certain cases, Baltimore may request that EPA and MDE grant appropriate extensions to the specified milestone dates.

A letter requesting an extension for Practical Completion from February 28, 2009 to May 31, 2009 for SC 839 and 847 and elimination of SSO Structure No. 67 and 72 by February 28, 2010 was submitted to your attention and was approved by EPA on June 22, 2009.   Practical completion was achieved on May 29, 2009 for Project ID No.8– Stony Run Gravity Interceptor and Pumping Station/Force Main- (Baltimore City Sanitary Contract No. 839 and No. 847, respectively). To date, the City has successfully completed 26 out of 26 projects and eliminated 60 out of the 62 Engineered Sanitary Sewer Overflow Structures as required by the Consent Decree.

As part of the Jones Falls Final sewershed Plan recommendation, submitted to EPA and MDE on December 26, 2008, the City's sewershed Consultant indicated that cleaning the sediment in the Lower Jones Falls Interceptor would result in elimination of SSOs.  As a result, one of the hydraulic improvement projects in the report titled the "Lower Jones Falls Cleaning" required the City to clean the Lower Jones Falls interceptor from Falls Road Siphon to the High Level Interceptor on Eager Street. This project, as outlined in the Jones Falls Final sewershed Plan, was anticipated to be advertised on January 1, 2011 and completed on January 1, 2012. Given the urgency to reduce the potential for overflows, the City expedited this project (Sanitary Contract (SC) 876 – Rehabilitation and Cleaning of the Lower Jones Falls

Printed on recycled paper with environmentally friendly soy based ink.

Mr. Jay Sakai and Ms. Michelle Price-Fay
February 15, 2011
Page 2

Sewer) and achieved substantial completion on August 8, 2010, ahead of the originally proposed date of January 1, 2012, anticipating that the additional storage capacity created in the Lower Jones Falls interceptor due to completion of SC 876 would eliminate SSO Structures No. 67 and 72, the City submitted a letter to EPA and MDE dated February 16, 2010 requesting an extension of the deadline to eliminate SSO Structures No. 67 and 72 to **February 28, 2011**. On February 1, 2011, we received an e-mail from Ms. Allison Graham indicating that EPA did not receive the original letter and a copy of the original signed letter was sent again via e-mail to Ms. Graham On February 3, 2011. The City awaits a response from EPA and MDE to the City's request.

The completion of SC 839, the Stony Run project allowed the City to divert wet weather flows from the existing Stony Run Interceptor to the new Lower Stony Run Interceptor and convey flows into the new Stony Run Pumping Station (Refer to Figure 1). These wet weather flows are pumped into the Jones Falls Pressure Sewer, thereby reducing the wet weather gravity flow downstream to the Lower Jones Falls interceptor, where SSO 67 and 72 are located. Although SC 839 and the cleaning of the Lower Jones Falls project provided some relief and reduction in overflow volumes at SSO 67 and 72, it does not appear that the completion of the Lower Jones Falls cleaning was the remedy to enable elimination of Engineered Structures 67 and 72.

Downstream from the Lower Jones Falls interceptor is the High Level Interceptor, which then connects to the Outfall interceptor and ties into the Back River WWTP (Refer to Figure 2). The Removal of Sediment and Debris from the 99" sewer and Outfall Interceptor was recommended by the City's sewershed Consultant in the Outfall Final sewershed Plan to be advertised on December 31, 2011 and completed on December 31, 2014. Understanding the urgency of this project, the City has advertised SC Project 894 - Removal of Sediment and Debris from the 99" sewer and Outfall Interceptor on November 26, 2010. Although this project would not result in the elimination of SSO 67 and 72, it will further reduce the volume of overflow at those structures during wet weather events. Moreover, preliminary results from the Macro Model indicate that a hydraulic constraint exists at the BRWWTP. The City continues to look at interim measures to ensure SSO 67 and 72 can be eliminated sooner than later, but current results of the Macro Model highlight a potential concern between the collection system and the BRWWTP. The Model indicates that a hydraulic constraint at the headworks of the BRWWTP causes backwater conditions in the collection system for approximately 10 miles, limiting the hydraulic capacity of the Lower Jones Falls Interceptor.

The hydraulic constraint at BRWWTP was not identified during the sewershed evaluation because the BRWWTP Macro Model was not available at the time the Jones Falls sewershed Study and Plan was completed on December 26, 2008. Furthermore, the Jones Falls Micro Model that was used for the development of the recommended improvements assumed synthetic boundary conditions at the discharge point of the Lower Jones Falls Interceptor into the High Level sewershed. The assumed boundary conditions were necessary because the downstream sewersheds - namely the Herring Run, High Level, Low Level, Dundalk and Outfall sewersheds - were still under evaluation and had not been completed, given that their Consent Decree deadlines were, July 1, 2009, January 1, 2010 and July 1, 2010,

Mr. Jay Sakai and Ms. Michelle Price-Fay
February 15, 2011
Page 3

respectively.   Despite the impacts caused by lack of complete information and thus the utilization of judgment in establishing boundary conditions, all Final sewershed Reports were completed within the interim milestone dates proposed by EPA and MDE. The synthetic boundary conditions assumed at the discharge point of the Lower Jones Falls Interceptor did not fully predict the severity of the backwater condition caused by the hydraulic constraint at the BRWWTP during peak wet weather flow conditions.

The City is in the process of procuring the services of an Engineering Consultant to perform detailed analysis to determine if a hydraulic constraint exist at the BRWWTP and if appropriate develop a project to remove it. However, in order to complete a comprehensive evaluation of the improvements required at the headworks of the BRWWTP, the City would also need to account for the flows being conveyed from Baltimore County into the Outfall interceptor. Therefore, this project would also fall under the purview of the requested phased execution approach submitted in a letter dated November 8, 2010 – see attached. At this juncture, we believe an extension of time to June 29, 2019,  would allow the City the opportunity to coordinate with the County, procure applicable permits and implement the design, construction and perform post flow monitoring for this project.

The City requests that MDE and EPA extend the elimination of Structured Overflow 67 and 72 for a period to coincide with the completion of the above referenced project to remove the hydraulic constraint at the BRWWTP.   Therefore, the City requests that the elimination of the SSO Structures No. 67 and No. 72 be extended to **June 29, 2019**.

The City of Baltimore is willing to meet with both MDE and EPA to discuss this time extension request for these structured overflows at your earliest convenience, if it is deemed necessary. We trust this letter will provide the necessary justification to substantiate Baltimore's request. If you have any questions or need additional information, please contact Mr. Wazir Qadri at (410) 396-3440.

Sincerely,

Rudolph S. Chow, P.E.
Acting Bureau Head

RSC/ajd

Attachment

cc:    Mr. Alfred Foxx
       Dana Cooper, Esquire
       Mr. Wazir Qadri
       Mr. Mike Gallagher
       Carlos Espinosa, P.E.
       Ms. Sharon Talley, MDE

       George Nilson, City Solicitor
       Peter Keith, Esquire
       Mr. Samuel Atolaiye
       Arthur Jones-Dove, P.E.
       Ms. Allison Graham, EPA

Visit Our Website @ www.baltimorecity.gov



**FIGURE 1 - SEWER SYSTEM SCHEMATIC SHOWING SSO #67 and #72**
(NOT TO SCALE)



Figure 2 - Baltimore City Schematic of Sewage Flow Thru the Outfall Interceptor to the Back River Wastewater Treatment Plant