Exhibit B

## DECLARATION OF THAYER A. YOUNG

I, Thayer A. Young, declare as follows:

1. I am more than eighteen years old and am competent to testify.  This Declaration is based on my personal knowledge and belief.

2. I am a volunteer with Blue Water Baltimore, and I was previously employed as a Street Tree Survey Coordinator for Herring Run Watershed Association in 2008.

3. I am a co-owner and resident of 3128 Berkshire Road, Baltimore, MD 21214, in the Arcadia neighborhood of northeast Baltimore.  I have lived at this residence for almost 5 years.

4. My residence is located less than 100 feet from an underground tributary to the Herring Run.  The Herring Run discharges into the Back River and ultimately the Chesapeake Bay.

5. Between January, 2005 and March, 2010 I worked as a Research Technologist at the Johns Hopkins University Bloomberg School of Public Health, Division of Environmental Health, providing technical guidance on wastewater treatment applications and methods for source tracking sewage contamination in surface waters.

6. I hold a Master of Science in Environmental Engineering and Science from the Johns Hopkins University, Department of Geography and Environmental Engineering.

7. I am the Blue Water Baltimore volunteer referenced in the Blue Water Baltimore Herring Run Paired Sewer Stack SSO fact sheet document.[1]

8. I first observed sewage pollution in the Herring Run soon after I moved to the neighborhood in January of 2002.

    a. The first major sanitary sewer overflow (SSO) event that I observed was in early 2003 when I observed a sanitary sewer stack underneath the Harford Road Bridge overflowing at a rate of hundreds of gallons per minute directly into the Herring Run.

    b. Through the years on no less than 5 occasions I have witnessed overflows at one site in particular, the Herring Run Paired Sewer Stacks, which is colloquially called the

---

[1] *See* Complaint in Intervention (Rec. Doc. 5-2), Ex. D, App'x V.

Two Towers site.  These overflows were primarily during wet weather or soon after a major rain.  Leading up to the event described below that began in dry weather, October 28th – 31st 2012, I had observed the Two Towers overflowing twice in the preceding year.

9.  I am the citizen who originally reported the sewage overflow in Herring Run Park at the paired sewer stacks, here referred to as the Two Towers (311 tracking numbers SR # 12-00823585 and 12-00833872).

10. I observed sewage overflowing from both stacks of the Two Towers directly into the Herring Run near the corner of Chesterfield and Cardenas Avenues in Baltimore City.  I first discovered this sewage overflow during dry weather at 2:30 PM on 10/28/2012 and reported it to Baltimore City's 311 system as SR #12-00823585 on 10/28/2012 at 3:52:53 PM.  I observed that the overflow was stopped by 2:30 PM on 10/31/2012.  While only one stack was overflowing on the 28th, I observed both stacks overflowing on the 30th and 31st as described below.

11. The spill occurred at a place where a 12" septic sewer line crosses under the Herring Run.  Two sewer stacks are situated at either end of this crossing with one stack located on the north bank of the Herring Run and the other on the south bank of the Herring Run.  I first observed the overflow during dry weather at approximately 2:30PM on 10/28/2012.  It had been dry weather for 8 days, based on the discharge at the nearest USGS stream gauge.[2]  Super Storm Sandy did not reach Baltimore until the early morning of 10/29/2012.

12. At 2:30 PM on 10/28/2012 the north stack was overflowing into the Herring Run, at a rate that I would estimate to be on the order of a few gallons per second.  (See the photo below).  I reported the overflow through Baltimore City's 311 telephone line.  The DPW dispatcher called me within an hour and I met a DPW representative at the corner of Belair Rd and Chesterfield Ave, from which we walked down to the site of the sewage spill.  At that time, approximately 5pm, a light rain was beginning to fall.

---

[2] A plot of the discharge at the USGS gauge Moores Run at Radecke Ave (USGS 01585230) can be found at:
http://nwis.waterdata.usgs.gov/nwis/uv/?dd_cd=02_00060&format=img_default&site_no=01585230&begin_date=20121017&end_date=20121031



North Tower SSO 2:29 pm 10/28/2012

13. I did not return to the site of the overflow until 1:30 pm on 10/30/2012, after Super Storm Sandy had passed.   At that time I observed that both the north and the south stacks were overflowing at the rate of several gallons per second.  I took photographs and video of the overflows at that time.



Both stacks overflowing, 2:05 pm 10/30/2012

14. I returned to the site of the overflow at 10 AM on 10/31/2012.  At that time the overflow from the north stack was still at several gallons per second but the south stack had slowed to a few gallons per minute.  I understand that the overflow was stopped by 2 PM on 10/31/2012.  I confirmed this later in the day.  I also observed that the north stack was repaired by 11/9/2012.

15. I estimate the total overflow volume to have been 1 million gallons over the 72 hours. My estimate is based on a flow rate of 4 gallons per second, from the following approximations: 18" flow width, 1" flow depth and a 5 ft/s velocity, which I estimated from a video I recorded of the discharge at 1:08 PM on 10/30/2012.

   a. I inspected the video I took, frame by frame, and made the best approximation that I could of the flow rate.  From that my estimate is that the two stacks together

4

were overflowing at 4 gallons per second at 1:30 pm on 10/30/2012.  This is based on an 18 inch flow width, 1 inch flow depth, at a velocity of 5 feet per second.  The overflow took 72 hours to stop, so I believe an estimate of 1 million gallons having overflowed is reasonable.  This is a liberal estimate based on the precautionary principle, accounting for the unknown time that the overflow began, which could have been hours to days before I observed it.  This estimate also attempts to account for the uncertainty of the actual peak flow.

b.  A conservative estimate of 800,000 gallons can be obtained using the photographs, video and discharge plot.  Assuming 2 gallons per second (gps) for the dry weather period, the first 12 hours (2:30 PM 10/28/12 to 12:30 AM 10/29/12), then 4 gps for the 48 hours of the storm flow (12:30 AM 10/29/12 to 12:30 10/31/12) and 2 gps for the final 12 hours (12:30 AM 10/31/12 to 2:30 PM 10/31/2012).

c.  The above evidence supports an estimate of the total sanitary sewer overflow volume in the range of 800,000 to 1,000,000 gallons.

16. Based on the chart used by the City of Baltimore for estimation of flow rates for sewage overflows (attached hereto as Exhibit 1), I would determine the flow to have been between 100 and 150 gallons per minute for each sewer stack in the above-referenced sewage overflow.  This is consistent with my estimates above of 2 gallons per second (120 gallons per minute).  At peak overflow, when both stacks were overflowing, between 200 and 300 gallons per minute were being released.

17. Based on email correspondence with the City of Baltimore and Maryland Department of the Environment, the City of Baltimore estimated the total sewage overflow volume to be 8,100 gallons total.[3]

18. The City reported the following information regarding the 311 call relating to the above-referenced overflow incident:[4]

**Type of Overflow:** SSO
**Year:** 2012
**Municipality / Facility:** City of Baltimore

---

[3] *See* Complaint in Intervention (Rec. Doc. 5-2), Ex. D, App'x V at 3.

[4] *See*
http://www.mde.state.md.us/programs/Water/OverFlow/Pages/ReportedSewerOverflow.aspx

**Date Discovered:** 10/31/2012 **Time Discovered:** 6:30:00 PM
**Duration:***Days:* 0*Hours:* 67*Minutes:* 30
**Quantity** (Estimated No. of Gallons): 8100
**Net** (Net No. of Gallons): 8100
**Location:** 2800 Chesterfield Ave
**County:** City of Baltimore**Zip Code:** 21213
**Latitude:** 39.326144**Longitude:** 76.57138
**Collection System:** Back River WWTP
**Cause:** Super Storm Sandy (SSS)
**Receiving Water Body:** Herring Run
**Comments:**
**Penalty Collected:**
**Notes:** Blank fields = No Information Submitted

19. Based on my above analysis, I believe that the City of Baltimore highly underestimated the flow rate and total sewage overflow volume of the above-referenced sewage overflow incident.

20. Furthermore, although Super Storm Sandy clearly exacerbated the above-referenced sewage overflow, the overflow actually began at least 12 hours before the storm showed an impact on the measured discharge at the Radecke Avenue stream gauge.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this  26th  day of September, 2013.

Thayer A. Young

Exhibit 1

**ATTACHMENT 3.  SSO Spill Estimating Flow Rate Training Illustrations**

