UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 1, 2013

MEMO TO COUNSEL RE:  United States of America, et al. and
Blue Water Baltimore v. Mayor and City Council of
Baltimore, Maryland
Civil No. JFM-02-1524

Dear Counsel:

    I have reviewed the memoranda submitted in connection with Blue Water Baltimore's motion to intervene.

    The motion (document 5) is denied. I am satisfied that an effort to intervene in a case in which a consent decree has been filed for over eleven years is untimely. Moreover, the entry of the consent decree is a final judgment and there simply is no pending case at this time.

    In the event that modifications to the consent decree are proposed, Blue Water will be given an opportunity to express its views concerning the proposed modifications.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge