UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA and
The State of Maryland,

      *Plaintiffs*,

      v.                         Civil Action No. 1:02-CV-01524-JFM

MAYOR AND CITY COUNCIL OF
BALTIMORE, MARYLAND

      *Defendant*.

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION TO REOPEN THE CASE**

The United States of America respectfully move this Court to reopen the case so that the United States can file a notice of lodging for a Modified Consent Decree.

In support of this motion, the United States asserts as follows:

- On September 30, 2002, this Court entered a final consent decree ("2002 Consent Decree") in this matter and the matter was closed.

- The United States, the state of Maryland and Baltimore have mutually agreed to modify the Consent Decree, and intend to submit the revised 2002 Consent Decree (proposed "Modified Consent Decree") to replace and supersede the obligations of the 2002 Consent Decree.

- In accordance with the 2002 Consent Decree, Section XXII. "Modification," the United States plans to file a Notice of Lodging to permit the court to review the

